```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SAMANTHA SIVA KUMARAN, et al.,                              :
                                      Plaintiffs,           :
                                                            :        19 Civ. 8345 (LGS)
            -against-                                       :
                                                            :            ORDER
NORTHLAND ENERGY TRADING, LLC, et                           :
al.,                                                        :
                                      Defendants.           :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is currently scheduled for October 31, 2019, at 10:40 a.m.;

WHEREAS, Defendants have not appeared, and Plaintiffs have not filed proof of service on the docket; it is hereby

**ORDERED** that the initial pretrial conference is ADJOURNED to **December 12, 2019**, **at 10:40 a.m.** Plaintiffs shall file a status letter on ECF by **November 26, 2019**, apprising the Court of the efforts to serve Defendants.

Dated: November 15, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**