UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2019 NOV 18  PM 4: 00

SAMANTHA SIVA KUMARAN

THE A STAR GROUP, INC
<sub>Write the full name of each plaintiff or petitioner.</sub>

No. 19 cv 08345

-against-

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

NORTHLAND ENERGY TRADING, LLC
HEDGE SOLUTIONS, INC
RICHARD M. LARKIN
<sub>Write the full name of each defendant or respondent.</sub>

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on ___November 18th, 2019___

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ a computer with internet access and a word processor

   type of computer I will be using: ___MacBook Pro___

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

☒ type of word processor I will be using: __Microsoft Word__

☒ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☒ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: __Brother__

☒ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

__Adobe Professional__

☒ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

__November 18th, 2019__
Dated

__[signature]__
Signature

__Samantha Siva Kumaran__
Name

__119 West 72nd Street #204, N.Y.C  N.Y  10023__
Address                                City           State    Zip Code

__646 221 4363__
Telephone Number

__samantha@timetricsrisk.com__
E-mail Address

2