Case 1:19-cv-08345-MKV-DCF   Document 6   Filed 11/20/19   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA SIVA KUMARAN

THE A STAR GROUP, INC

Write the full name of each plaintiff or petitioner.

No. 19 cv 08345

-against-

NORTHLAND ENERGY TRADING, LLC
HEDGE SOLUTIONS, INC
RICHARD M. LARKIN

Write the full name of each defendant or respondent.

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on   November 18th, 2019

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ a computer with internet access and a word processor

   type of computer I will be using:  Mac Book Pro

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

☒ type of word processor I will be using: __Microsoft Word__

☒ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☒ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: __Brother__

☒ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

__Adobe Professional__

☒ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

__November 18th, 2019__
Dated

__[Signature]__
Signature

__Samantha Siva Kumaran__
Name

__119 West 72nd Street #204,   N.Y.C   N.Y   10023__
Address / City / State / Zip Code

__646 221 4363__
Telephone Number

__samantha@timetricsrisk.com__
E-mail Address

Application GRANTED.

Dated: November 20, 2019
    New York, New York

__[Signature]__
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**