## Service of Complaint

Received: ↵ **Friday, September 13, 2019 11:45 AM**

From: **Brooks, Michael michael.brooks@bracewell.com**

To: **samantha@timetricsrisk.com samantha@timetricsrisk.com**

CC: **Ball, David david.ball@bracewell.com**

Ms. Kumaran,

We understand that you and The A Star Group have received a summons to serve a complaint from the SDNY on Defendants Northland Energy Trading, Hedge Solutions, and Richard Larkin.  As you know, we represent Defendants.  We are writing to accept service of the summons and complaint, which we can agree will be deemed validly served upon you emailing me a scan or pdf of the file-stamped summons and complaint.

Defendants reserve all rights and remedies.

Regards,

Michael

_____

**MICHAEL BROOKS**
Partner
michael.brooks@bracewell.com  |  download v-card
T: +1.202.828.5879  |  F: +1.800.404.3970  |  M: +1.571.435.0216

**BRACEWELL LLP**
2001 M Street NW, Suite 900 | Washington, D.C. | 20036-3310
bracewell.com  |  profile  |  LinkedIn  |  Twitter

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.