```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SAMANTHA SIVA KUMARAN, et al.,                              :
                                   Plaintiffs,              :
                                                            :         19 Civ. 8345 (LGS)
           -against-                                        :
                                                            :              ORDER
NORTHLAND ENERGY TRADING, LLC, et                           :
al.,                                                        :
                                                            :
                                   Defendants.              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's Order on September 20, 2019 (Dkt. No. 3), required the parties to file a joint letter and proposed case management plan no later than seven days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is scheduled for December 12, 2019, at 10:40 a.m.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan;

WHEREAS, on December 5, 2019, Plaintiffs filed an affidavit of service (Dkt. No. 9) stating that Defendants were served on December 4, 2019.  It is hereby

**ORDERED** that the initial pretrial conference, scheduled for December 12, 2019, is adjourned to **December 19, 2019, at 10:40 a.m.**  The parties shall file a joint letter and proposed case management plan, pursuant to this Court's Order at Dkt. No. 3, no later than seven days before the initial pretrial conference.

**ORDERED** that Plaintiff shall serve a copy of this Order, and the Order at Dkt. No. 3, on Defendants, and shall file an affidavit of service no later than December 9, 2019.

Dated: December 6, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE