UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran

The A Star Group, Inc d/b/a Timetrics

(*List the name(s) of the plaintiff(s)/petitioner(s).*)

__19__ Civ. __08345____ (___LGS__) (__DCF___)

- against -

**AFFIRMATION OF SERVICE**

Northland Energy Trading, LLC

Hedge Solutions, Inc

Richard M. Larkin

(*List the name(s) of the defendant(s)/respondent(s).*)

I, (*print your name*) Samantha Siva Kumaran , declare under penalty of perjury that I served a copy of the attached (*list the names of the documents you served*): _____

Order 10 Dated December 6th 2019 - DKT 10

Order 3 Dated September 20th 2019 - DKT 3

upon all other parties in this case by (*state how you served the documents, for example, hand delivery, mail, overnight express*) Email, Electronic Transmission, and Telephone confirmation to the following persons (*list the names and addresses of the people you served*): _____

David Ball, david.ball@bracewell.com, Bracewell Law, Telephone 212-508-6133

David Kolker, david.kolker@bracewell.com, Bracewell Law, Telephone 212-508-6147

1251 6th Ave 49th Floor, New York, NY 10020

on (*date you served the document(s)*) December 6th, 2019 .

December 6th, 2019
Dated

Signature
119 West 72nd Street, #204
Address
New York, NY
City, State
10023
Zip
1-646-221-4363
Telephone Number
samantha@timetricsrisk.com
E-Mail Address

*Rev. 01/2013*