# RE: Service of Complaint - Dec 4th 2019

Received: **Friday, December 6, 2019 10:36 AM**

From: **Ball, David david.ball@bracewell.com**

To: **Samantha Kumaran samantha@timetricsrisk.com, Brooks, Michael michael.brooks@bracewell.com**

CC: **Kolker, Dave david.kolker@bracewell.com**

---

Receipt confirmed, thank you.

---

**DAVID BALL**
Partner
david.ball@bracewell.com | download v-card
T: +1.212.508.6133 | F: +1.800.404.3970 | M: +1.917.294.3220

**BRACEWELL LLP**
1251 Avenue of the Americas, 49th Floor | New York, NY | 10020-1100
bracewell.com | profile | LinkedIn | Twitter

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Samantha Kumaran [mailto:samantha@timetricsrisk.com]
**Sent:** Wednesday, December 4, 2019 3:39 PM
**To:** Brooks, Michael <michael.brooks@bracewell.com>
**Cc:** Ball, David <david.ball@bracewell.com>; Kolker, Dave <david.kolker@bracewell.com>
**Subject:** Service of Complaint - Dec 4th 2019

Mr. Brooks,

As per your email below, please find attached service of the Original complaint and summons served today December 4th 2019.

As stated below, you have agreed the Original Complaint will be deemed validly served upon you, by my emailing to you a scan or pdf of the file-stamped summons and complaint, which are hereto attached.

Please email me back confirmation that you have received this email. Thank you.

Kind regards,

Samantha S. Kumaran

samantha@timetricsrisk.com

Mobile: 646-221-4363 (Cell)