UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE A STAR GROUP, INC; d/b/a TIMETRICS, and
SAMANTHA SIVA KUMARAN,

                                                    Case No.: 1:19-cv-08345-LGS

                     Plaintiffs,

   -against-                                  **NOTICE OF APPEARANCE**

NORTHLAND ENERGY TRADING, LLC, HEDGE
SOLUTIONS, INC., RICHARD M. LARKIN

                     Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Ellen Tobin, Esq. of Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, having offices at 1201 RXR Plaza, Uniondale, New York 11556, hereby appears in the above-captioned action as counsel for Defendants, Northland Energy Trading, LLC, Hedge Solutions, Inc., and Richard M. Larkin and requests that copies of all papers be served upon the undersigned at the address below.

Dated: Uniondale, New York
         December 11, 2019

                                                 WESTERMAN BALL EDERER MILLER
                                               ZUCKER & SHARFSTEIN, LLP

                                 By:        S/ *Ellen Tobin, Esq.*
                                             Ellen Tobin, Esq.
                                             1201 RXR Plaza
                                             Uniondale, New York 11566
                                             (516) 622-9200
                                             etobin@westermanllp.com
                                             *Attorneys for Defendants*