| | |
|---|---|
| **The Nason Group, LLC**<br>75 S Main Street 7-302<br>Concord, NH 03301 | **INVOICE:** 4072846<br>Issued: Dec 11, 2019<br>Sent to: Samanthan Kumaran |

**PAID**

**Samantha Kumaran**
Samanthan Kumaran

**PAY TO:**
The Nason Group, LLC
75 S Main Street 7-302
Concord, NH 03301

| | | |
|---|---|---|
| Case: 19CV8345<br>Job: 4072846 | **Plaintiff / Petitioner:** Samantha Siva Kumaran The A Star Group, Inc<br>**Defendant / Respondent:** Northland Energy Trading LLC Hedge Solutions Inc Richard M. Larkin | |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Process Service | Northland Energy Trading LLC - Manchester NH | $75.00 | 1 | $75.00 |
| Rush Fee | Rush Fee | $50.00 | 1 | $50.00 |
| Printing Fees | Printing Fees (38 Pages) | $0.15 | 38 | $5.70 |
| Professional Discount | Same Address Service - Manchester, NH | -$90.00 | 1 | -$90.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Dec 11, 2019 | astargroup@yahoo.com Paid Online<br>Payment ID: ch_1FoVHxFgeJBXJ7i9iVTfIpmJ | ($40.70) |

Thank you for your business. Please pay the Balance Due within 21 days. There will be a 1.5% interest charge per month on late invoices.

Total: $40.70
Amount Paid: ($40.70)
**Balance Due:** $0.00

FEIN 81-0959764

The Nason Group, LLC • 75 S Main Street 7-302, Concord, NH 03301

Call: 6037481660 • Fax: 6035054729 • Email: info@nasongroup603.com • Visit: nasongroup603.com