**The Nason Group, LLC**
75 S Main Street 7-302
Concord, NH 03301

INVOICE:   4072848
Issued:   Dec 11, 2019
Sent to: Samanthan Kumaran

**Samantha Kumaran**
Samanthan Kumaran

PAY TO:
**The Nason Group, LLC**
**75 S Main Street 7-302**
**Concord, NH 03301**

| Case: | 19CV8345 | Plaintiff / Petitioner: | Samantha Siva Kumaran The A Star Group, Inc |
|---|---|---|---|
| Job: | 4072848 | Defendant / Respondent: | Northland Energy Trading LLC Hedge Solutions Inc Richard M. Larkin |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Process Service | Richard Larkin - Manchester, NH | $75.00 | 1 | $75.00 |
| Rush Fee | Rush Fee | $50.00 | 1 | $50.00 |
| Printing Fees | Printing Fees (38 Pages) | $0.15 | 38 | $5.70 |
| Professional Discount | Same Address Manchester NH | -$90.00 | 1 | -$90.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Dec 11, 2019 | astargroup@yahoo.com Paid Online<br>Payment ID: ch_1FoVGlFgeJBXJ7i9oIHiSyqf | ($40.70) |

Thank you for your business. Please pay the Balance Due within 21 days. There will be a 1.5% interest charge per month on late invoices.

Total:   $40.70
Amount Paid:   ($40.70)
**Balance Due:   $0.00**

FEIN 81-0959764