**The Nason Group, LLC**
75 S Main Street 7-302
Concord, NH 03301

INVOICE: 4072844
Issued: Dec 11, 2019
Sent to: Samanthan Kumaran

**Samantha Kumaran**
Samanthan Kumaran

PAY TO:
**The Nason Group, LLC**
75 S Main Street 7-302
Concord, NH 03301

PAID

| Case: | 19CV8345 | **Plaintiff / Petitioner:** | Samantha Siva Kumaran The A Star Group, Inc |
|---|---|---|---|
| Job: | 4072844 | **Defendant / Respondent:** | Northland Energy Trading LLC Hedge Solutions Inc Richard M. Larkin |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Process Service | Hedge Solutions - Manchester, NH | $75.00 | 1 | $75.00 |
| Rush Fee | Rush Fee | $50.00 | 1 | $50.00 |
| Printing Fee | Printing Fee (38 Pages - 25 Included) | $0.15 | 13 | $1.95 |

| Payment | Description | Amount Paid |
|---|---|---|
| Dec 11, 2019 | astargroup@yahoo.com Paid Online<br>Payment ID: ch_1FoVJSFgeJBXJ7i9Ae5XXPrF | ($126.95) |

Thank you for your business. Please pay the Balance Due within 21 days. There will be a 1.5% interest charge per month on late invoices.

Total: $126.95
Amount Paid: ($126.95)
**Balance Due:    $0.00**

FEIN 81-0959764

The Nason Group, LLC • 75 S Main Street 7-302, Concord, NH 03301

Call: 6037481660 • Fax: 6035054729 • Email: info@nasongroup603.com • Visit: nasongroup603.com