## Waiver of Service

Sent: **Tuesday, December 3, 2019 11:39 AM**

From: **Samantha Kumaran samantha@timetricsrisk.com**

To: **Kolker, Dave david.kolker@bracewell.com, Ball, David david.ball@bracewell.com, Brooks, Michael michael.brooks@bracewell.com**

Mr. Kolker, As per prior email, I have attached a waiver of service for you to fill out and send you back which gives you 60 days from the date of service to file a response. Please sign and return back the waiver of service to me today.

Please get back to me today, to when you will be filing your response given that I am amending the Complaint by December 26th 2019. This form indicates you have sixty (60) days from the date of service which means you have until February 2nd, 2020.

As indicated in the form, if you need a self-return envelope I will have them sent them out to you, but I will also agree to accept service and return of the waiver form via email which would be deemed acceptable to me.

Thank you.

Regards,
Samantha

Phone: 212 431 5098 (Office)
Mobile: 646-221-4363 (Cell)


AO-1.pdf
251.04 KB