## Fw: Redline Protective Order / Appearance

Sent: **Tuesday, December 10, 2019 9:27 AM**

From: **Samantha Kumaran samantha@timetricsrisk.com**

To: **Kolker, Dave david.kolker@bracewell.com, Ball, David david.ball@bracewell.com**

Dear Mr. Ball, Please could you get back to me on this, on your timing to make an appearance.

Also I would like to file the Timetrics Software License Agreement. (Hereto attached) The only redaction I see is to Aviral Chopra's social security number on the last page. Please confirm

Also please confirm redactions to L2 that were sent last week. I also need your edits to the Protective Order.

Thank you in advance.

Kind regards,
Samantha S. Kumaran

samantha@timetricsrisk.com
Mobile: 646-221-4363 (Cell)
Phone: 212 431 5098 (Office)



This email and its attachments are for the named addressee(s) only. It may contain information which may be confidential and privileged. If you are not the intended recipient, please notify the sender immediately, destroy this email and any attachments, and do not otherwise disclose or use them.

This email and its attachments do not constitute or may not be used for the purpose of an offer to sell, solicitation of an offer to buy, a partnership interest in any fund or transaction described herein. No such offer or solicitation will be made prior to the delivery of the applicable risk disclosure document, offering memorandum and related materials. All profits disclosed herein are accompanied by risks. An investor understands that under any investment that investor may lose all or part of its equity in any time frame. Past performance is not indicative of future performance. Options and futures and trading is not a suitable investment vehicle for all investors. The risk of loss in trading commodity interests can be substantial. You should therefore carefully consider whether such trading is suitable for you in light of your financial condition.

Neither Timetrics or its officers, employees, agents or representatives warrant the accuracy, adequacy, or completeness of the information contained herein and Timetrics expressly disclaims liability for errors or omissions. No warranty of any kind implied, express, statutory is given by Timetrics or its officers, employees, agents or representatives in connection with the information herein. Under no circumstances may this email or its attachments, or any part thereof, be disclosed, reproduced, redistributed without the express permission of Timetrics.

------- Original Message -------
On Monday, December 9, 2019 5:59 PM, Samantha Kumaran <samantha@timetricsrisk.com> wrote:

> Hi David and Dave, Hope you had a good weekend. Just a reminder I am waiting for the redline of the Stipulated Protective Order that was sent last week. Also your comments on the redactions to Exhibit L2.
>
> Its about 6pm EST now.
>
> Kind regards,
> Samantha S. Kumaran
> samantha@timetricsrisk.com
> Mobile: 646-221-4363 (Cell)
> Phone: 212 431 5098 (Office)



This email and its attachments are for the named addressee(s) only. It may contain information which may be confidential and privileged. If you are not the intended recipient, please notify the sender immediately, destroy this email and any attachments, and do not otherwise disclose or use them.

This email and its attachments do not constitute or may not be used for the purpose of an offer to sell, solicitation of an offer to buy, a partnership interest in any fund or transaction described herein. No such offer or solicitation will be made prior to the delivery of the applicable risk disclosure document, offering memorandum and related materials. All profits disclosed herein are accompanied by risks. An investor understands that under any investment that investor may lose all or part of its equity in any time frame. Past performance is not indicative of future performance. Options and futures and trading is not a suitable investment vehicle for all investors. The risk of loss in trading commodity interests can be substantial. You should therefore carefully consider whether such trading is suitable for you in light of your financial condition.

Neither Timetrics or its officers, employees, agents or representatives warrant the accuracy, adequacy, or completeness of the information contained herein and Timetrics expressly disclaims liability for errors or omissions. No warranty of any kind implied, express, statutory is given by Timetrics or its officers, employees, agents or representatives in connection with the information herein. Under no circumstances may this email or its attachments, or any part thereof, be disclosed, reproduced, redistributed without the express permission of Timetrics.

Timetricslogo.png
0.74 KB

1_Signed EULA AStar and Northland 2012_02_23_Reducesize.pdf
6.07 MB