## Case Management Plan

Sent: **Wednesday, December 11, 2019 10:56 AM**

From: **Samantha Kumaran samantha@timetricsrisk.com**

To: **Ball, David david.ball@bracewell.com**

CC: **Kolker, Dave david.kolker@bracewell.com**

I have not heard back from my emails for the last several days, and also did not receive your red-line of the Protective Order, which you assured me would be forth coming on Monday 9th by 5pm. I also need your comments on the redactions to file the Exhibits L2.

Please find attached my responses and comments of the Case Management Plan which are close to being finalized. As indicated in prior emails I disagree with all dates you had proposed.

Respectfully submitted,
Samantha S. Kumaran
samantha@timetricsrisk.com
Mobile: 646-221-4363 (Cell)
Phone: 212 431 5098 (Office)



This email and its attachments are for the named addressee(s) only. It may contain information which may be confidential and privileged. If you are not the intended recipient, please notify the sender immediately, destroy this email and any attachments, and do not otherwise disclose or use them.

This email and its attachments do not constitute or may not be used for the purpose of an offer to sell, solicitation of an offer to buy, a partnership interest in any fund or transaction described herein. No such offer or solicitation will be made prior to the delivery of the applicable risk disclosure document, offering memorandum and related materials. All profits disclosed herein are accompanied by risks. An investor understands that under any investment that investor may lose all or part of its equity in any time frame. Past performance is not indicative of future performance. Options and futures and trading is not a suitable investment vehicle for all investors. The risk of loss in trading commodity interests can be substantial. You should therefore carefully consider whether such trading is suitable for you in light of your financial condition.

Neither Timetrics or its officers, employees, agents or representatives warrant the accuracy, adequacy, or completeness of the information contained herein and Timetrics expressly disclaims liability for errors or omissions. No warranty of any kind implied, express, statutory is given by Timetrics or its officers, employees, agents or representatives in connection with the information herein. Under no circumstances may this email or its attachments, or any part thereof, be disclosed, reproduced, redistributed without the express permission of Timetrics.


CMP_12_11_2019d_draft_sen.docx
57.34 KB


Timetricslogo.png
0.74 KB