**The Nason Group, LLC**
75 S Main Street 7-302
Concord, NH 03301

**INVOICE: 4072848**
Issued: Dec 11, 2019
Sent to: Samanthan Kumaran

PAID

**Samantha Kumaran**
Samanthan Kumaran

PAY TO:
**The Nason Group, LLC**
**75 S Main Street 7-302**
**Concord, NH 03301**

| | | | |
|---|---|---|---|
| **Case:** 19CV8345 | | **Plaintiff / Petitioner:** | Samantha Siva Kumaran The A Star Group, Inc |
| **Job:** 4072848 | | **Defendant / Respondent:** | Northland Energy Trading LLC Hedge Solutions Inc Richard M. Larkin |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Process Service | Richard Larkin - Manchester, NH | $75.00 | 1 | $75.00 |
| Rush Fee | Rush Fee | $50.00 | 1 | $50.00 |
| Printing Fees | Printing Fees (38 Pages) | $0.15 | 38 | $5.70 |
| Professional Discount | Same Address Manchester NH | -$90.00 | 1 | -$90.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Dec 11, 2019 | astargroup@yahoo.com Paid Online<br>Payment ID: ch_1FoVGlFgeJBXJ7i9oIHiSyqf | ($40.70) |

Thank you for your business. Please pay the Balance Due within 21 days. There will be a 1.5% interest charge per month on late invoices.

Total: $40.70
Amount Paid: ($40.70)
**Balance Due: $0.00**

FEIN 81-0959764

# AFFIDAVIT OF SERVICE

| Case: 19CV8345 | Court: United State District Court for the Southern District of New York | County: | Job: 4072848 |
|---|---|---|---|
| Plaintiff / Petitioner: Samantha Siva Kumaran The A Star Group, Inc | | Defendant / Respondent: Northland Energy Trading LLC Hedge Solutions Inc Richard M. Larkin | |
| Received by: The Nason Group, LLC | | For: Samantha Kumaran | |
| To be served upon: Richard Larkin | | | |

I, Kristin Nason, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Richard Larkin
500 N Commercial St Suite 401,
Manchester, NH 03101

**Manner of Service:** Personal/Individual
Dec 11, 2019, 1:15 pm

**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Dec 11, 2019, 1:15 pm EST at Company: 500 N Commercial St Suite 401, Manchester, NH 03101 received by Richard Larkin. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'10"; Hair: Gray

Kristin Nason 12/12/2019
Date

The Nason Group, LLC
75 S Main Street 7-302
Concord, NH 03301
6037481660

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public
12/12/19
Date Commission Expires

THOMAS VAUGHAN, Justice of the Peace
State of New Hampshire
My Commission Expires March 7, 2023

[illegible]

**The Nason Group, LLC**
75 S Main Street 7-302
Concord, NH 03301

**INVOICE: 4072846**
Issued: Dec 11, 2019
Sent to: Samanthan Kumaran

PAID

**Samantha Kumaran**
Samanthan Kumaran

PAY TO:
**The Nason Group, LLC**
**75 S Main Street 7-302**
**Concord, NH 03301**

| | | | |
|---|---|---|---|
| **Case:** | 19CV8345 | **Plaintiff / Petitioner:** | Samantha Siva Kumaran The A Star Group, Inc |
| **Job:** | 4072846 | **Defendant / Respondent:** | Northland Energy Trading LLC Hedge Solutions Inc Richard M. Larkin |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Process Service | Northland Energy Trading LLC - Manchester NH | $75.00 | 1 | $75.00 |
| Rush Fee | Rush Fee | $50.00 | 1 | $50.00 |
| Printing Fees | Printing Fees (38 Pages) | $0.15 | 38 | $5.70 |
| Professional Discount | Same Address Service - Manchester, NH | -$90.00 | 1 | -$90.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Dec 11, 2019 | astargroup@yahoo.com Paid Online<br>Payment ID: ch_1FoVHxFgeJBXJ7i9iVTflpmJ | ($40.70) |

Thank you for your business. Please pay the Balance Due within 21 days. There will be a 1.5% interest charge per month on late invoices.

Total: $40.70
Amount Paid: ($40.70)
**Balance Due: $0.00**

FEIN 81-0959764

## AFFIDAVIT OF SERVICE

| **Case:** 19CV8345 | **Court:** United State District Court for the Southern District of New York | **County:** | **Job:** 4072846 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Samantha Siva Kumaran The A Star Group, Inc | | **Defendant / Respondent:** Northland Energy Trading LLC Hedge Solutions Inc Richard M. Larkin | |
| **Received by:** The Nason Group, LLC | | **For:** Samantha Kumaran | |
| **To be served upon:** Northland Energy Trading LLC | | | |

I, Kristin Nason, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Richard Larkin
Northland Energy Trading LLC
500 N Commercial St Suite 401,
Manchester, NH 03101

**Manner of Service:** Authorized
Dec 11, 2019, 1:15 pm

**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Dec 11, 2019, 1:15 pm EST at Company: 500 N Commercial St Suite 401, Manchester, NH 03101 received by Richard Larkin Northland Energy Trading LLC. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'10"; Hair: Gray

Kristin Nason — 12/12/2019
Date

The Nason Group, LLC
75 S Main Street 7-302
Concord, NH 03301
6037481660

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

12/12/19
Date — Commission Expires

THOMAS VAUGHAN, Justice of the Peace
State of New Hampshire
My Commission Expires March 7, 2023

[illegible]

[illegible]

[illegible]

[illegible]

**The Nason Group, LLC**
75 S Main Street 7-302
Concord, NH 03301

**INVOICE: 4072844**
Issued: Dec 11, 2019
Sent to: Samanthan Kumaran

PAID

**Samantha Kumaran**
Samanthan Kumaran

PAY TO:
**The Nason Group, LLC**
**75 S Main Street 7-302**
**Concord, NH 03301**

| | | | |
|---|---|---|---|
| **Case:** | 19CV8345 | **Plaintiff / Petitioner:** | Samantha Siva Kumaran The A Star Group, Inc |
| **Job:** | 4072844 | **Defendant / Respondent:** | Northland Energy Trading LLC Hedge Solutions Inc Richard M. Larkin |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Process Service | Hedge Solutions - Manchester, NH | $75.00 | 1 | $75.00 |
| Rush Fee | Rush Fee | $50.00 | 1 | $50.00 |
| Printing Fee | Printing Fee (38 Pages - 25 Included) | $0.15 | 13 | $1.95 |

| Payment | Description | Amount Paid |
|---|---|---|
| Dec 11, 2019 | astargroup@yahoo.com Paid Online<br>Payment ID: ch_1FoVJSFgeJBXJ7i9Ae5XXPrF | ($126.95) |

Thank you for your business. Please pay the Balance Due within 21 days. There will be a 1.5% interest charge per month on late invoices.

Total: $126.95
Amount Paid: ($126.95)
**Balance Due: $0.00**

FEIN 81-0959764

## AFFIDAVIT OF SERVICE

| Case: 19CV8345 | Court: United State District Court for the Southern District of New York | County: | Job: 4072844 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Samantha Siva Kumaran The A Star Group, Inc | | **Defendant / Respondent:** Northland Energy Trading LLC Hedge Solutions Inc Richard M. Larkin | |
| **Received by:** The Nason Group, LLC | | **For:** Samantha Kumaran | |
| **To be served upon:** Hedge Solutions Inc | | | |

I, Kristin Nason, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Richard Larkin
Hedge Solutions Inc
500 N Commercial St Suite 401,
Manchester, NH 03101

**Manner of Service:** Authorized
Dec 11, 2019, 1:15 pm

**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Dec 11, 2019, 1:15 pm EST at Company: 500 N Commercial St Suite 401, Manchester, NH 03101 received by Richard Larkin Hedge Solutions Inc. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'10"; Hair: Gray

Kristin Nason 12/12/2019
Date

The Nason Group, LLC
75 S Main Street 7-302
Concord, NH 03301
6037481660

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public
12/12/19
Date Commission Expires

THOMAS VAUGHAN, Justice of the Peace
State of New Hampshire
My Commission Expires March 7, 2023