USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, et al.,
                          Plaintiffs,

-against-

NORTHLAND ENERGY TRADING, LLC, et al.,

                          Defendants.
-------------------------------------------------------------X

19 Civ. 8345 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for December 19, 2019, at 10:40 a.m. It is hereby

**ORDERED** that the initial pretrial conference, scheduled for December 19, 2019, is **CANCELED**. An order of reference to the Magistrate Judge for general pre-trial will issue separately.

Dated: December 17, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**