**Case 1:19-cv-08345-MKV-DCF   Document 28   Filed 01/13/20   Page 1 of 4**

## RE: Acceptance of Service for Lothrop and Bramante

Received: **Monday, January 13, 2020 11:03 AM**

From: **Ellen Tobin etobin@westermanllp.com**

To: **Samantha Kumaran samantha@timetricsrisk.com**

CC: **Luanne M. DelMuro LDelMuro@westermanllp.com**

The electronic service is confirmed.   There is no need for paper service.

**From:** Samantha Kumaran <samantha@timetricsrisk.com>
**Sent:** Monday, January 13, 2020 10:44 AM
**To:** Ellen Tobin <etobin@westermanllp.com>
**Cc:** Luanne M. DelMuro <LDelMuro@westermanllp.com>
**Subject:** RE: Acceptance of Service for Lothrop and Bramante

Thank you for acknowledging that you are authorized to accept service. Please confirm that you have accepted service of Bramante and Lothrop via email, with a scanned copy of the summons and the complaint, which was sent to you on Friday January 10th, 2020, and that service is considered complete.

If you are requiring Paper Service it will be re-effected today.

Kind regards,

Samantha S. Kumaran

President and CEO

samantha@timetricsrisk.com

Mobile: 646-221-4363 (Cell)

Phone: 212 431 5098 (Office)



This email and its attachments are for the named addressee(s) only. It may  contain information which may be confidential and privileged. If you are not the intended recipient, please notify the sender immediately, destroy this email and any  attachments, and do not otherwise disclose or use them.

This email and its attachments do not constitute or may not be used for the purpose of an offer to sell,  solicitation of an offer to buy, a partnership interest in any fund or  transaction described herein. No such offer or solicitation will be made prior to the delivery of the applicable risk disclosure document , offering memorandum and related materials.  All profits disclosed herein are accompanied by risks.  An investor understands that under any investment that investor may lose all or part of its equity in any time frame. Past performance is not indicative of future performance.  Options and futures and trading is not a suitable investment vehicle for all investors. The risk of loss in trading commodity interests can be substantial. You should therefore carefully consider whether such trading is suitable for you in light of your financial condition.

Neither Timetrics or its officers, employees, agents or representatives warrant the accuracy, adequacy, or completeness of the information contained herein and Timetrics expressly disclaims liability for errors or omissions. No warranty of any kind implied, express, statutory is given by Timetrics or its officers, employees, agents or representatives in connection with the information herein.  Under no circumstances may this email or its attachments, or any part thereof, be disclosed, reproduced, redistributed without the express permission of Timetrics.

------- Original Message -------

On Monday, January 13, 2020 10:19 AM, Ellen Tobin <etobin@westermanllp.com> wrote:

Ms. Kumaran:

I am authorized to accept service of the summons and complaint on behalf of Mr. Lothrop and Mr. Bramante.

Regards,

Ellen

Ellen Tobin, Esq.

Westerman Ball Ederer Miller Zucker & Sharfstein, LLP

**1201 RXR Plaza, Uniondale, New York 11556**

Tel.: 516-622-9200 Ext.: 343

Fax: 516-622-9212

E-mail: **etobin@westermanllp.com**

**www.westermanllp.com**

🌿 Please consider the environment before printing this email.

CYBER FRAUD WARNING: Before wiring any funds to our office or to a third party involved on the transaction, call the intended recipient or our office at a number you know is valid to confirm the instructions and amount – and be very wary of any request to change wire instructions you already received. Our firm is not responsible for third party fraud or electronic interceptions.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding tax-related penalties under federal, state or local tax law or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein

**From:** Samantha Kumaran <samantha@timetricsrisk.com>

**Sent:** Friday, January 10, 2020 6:00 PM

**To:** Ellen Tobin <etobin@westermanllp.com>

**Subject:** Acceptance of Service for Lothrop and Bramante

Ms. Tobin,

I have received a summons to serve the complaint from the SDNY on Domenic Bramante and Daniel Lothrop on January 7th 2020. You indicated in prior email on January 6th 2020, that you are representing Defendants Lothrop and Bramante but on the ECF it does not show that you have yet filed a notice of appearance on their behalf or accepted service of the complaint.

Please confirm in response that you have accepted service and/or will agree to accept the service on behalf of Daniel Lothrop and Domenic Bramante of the summons and complaint, which will be deemed validly served upon me emailing me a scan or pdf of the file-stamped summons no later than today, January 10th 2020, which are hereto attached. Since you have acknowledged you are representing them, and are also in receipt of the Complaint, and are on ECF, please let me know asap, if I need to redo paper service (Process Server) as well for the new Defendants, or if you are acknowledging acceptance as of January 10th, 2020 or whenever the summons was issued.

Thank you.

Kind regards,

Samantha S. Kumaran

President and CEO

samantha@timetricsrisk.com

Mobile: 646-221-4363 (Cell)

Phone: 212 431 5098 (Office)



This email and its attachments are for the named addressee(s) only. It may contain information which may be confidential and privileged. If you are not the intended recipient, please notify the sender immediately, destroy this email and any attachments, and do not otherwise disclose or use them.

This email and its attachments do not constitute or may not be used for the purpose of an offer to sell, solicitation of an offer to buy, a partnership interest in any fund or transaction described herein. No such offer or solicitation will be made prior to the delivery of the applicable risk disclosure document, offering memorandum and related materials. All profits disclosed herein are accompanied by risks. An investor understands that under any investment that investor may lose all or part of its equity in any time frame. Past performance is not indicative of future performance. Options and futures and trading is not a suitable investment vehicle for all investors. The risk of loss in trading commodity interests can be substantial. You should therefore carefully consider whether such trading is suitable for you in light of your financial condition.

Neither Timetrics or its officers, employees, agents or representatives warrant the accuracy, adequacy, or completeness of the information contained herein and Timetrics expressly disclaims liability for errors or omissions. No warranty of any kind implied, express, statutory is given by Timetrics or its officers, employees, agents or representatives in connection with the information herein. Under no circumstances may this email or its attachments, or any part thereof, be disclosed, reproduced, redistributed without the express permission of Timetrics.

| image001.png | image002.jpg | image003.png |
| --- | --- | --- |
| 0.73 KB | 10.08 KB | 1.28 KB |