UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, THE A STAR
GROUP, INC; d/b/a TIMETRICS,

                    Case No.: 1:19-cv-08345-LBS-DCF

              Plaintiffs,

  -against-                            **NOTICE OF APPEARANCE**

NORTHLAND ENERGY TRADING, LLC,
HEDGE SOLUTIONS, INC., RICHARD M. LARKIN
DANIEL LOTHROP and DOMENIC BRAMANTE,

              Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Ellen Tobin, Esq. of Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, having offices at 1201 RXR Plaza, Uniondale, New York 11556, hereby appears in the above-captioned action as counsel for Defendants Daniel Lothrop and Domenic Bramante, and requests that copies of all papers be served upon the undersigned at the address below.

Dated: Uniondale, New York
       January 14, 2020

                                        WESTERMAN BALL EDERER MILLER
                                        ZUCKER & SHARFSTEIN, LLP

                            By:   /S/ *Ellen Tobin, Esq.*
                                  Ellen Tobin, Esq.
                                  1201 RXR Plaza
                                  Uniondale, New York 11566
                                  (516) 622-9200
                                  etobin@westermanllp.com
                                  *Attorneys for Defendants*