UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/16/2020
```

SAMANTHA SIVA KUMARAN, et al.,

                     Plaintiffs,

-against-

NORTHLAND ENERGY TRADING, LLC., et al.,

                     Defendants.

19cv08345 (LGS) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

    The Court having held an initial pretrial conference on January 15, 2020, with counsel for all parties, it is hereby ORDERED, as stated at the conference, that:

    1.    Defendants shall move, answer, or otherwise respond to the First Amended Complaint no later than March 6, 2020.

    2.    The parties shall make initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure no later than March 20, 2020.

    3.    The parties shall serve their initial document requests and interrogatories no later than April 3, 2020.  In their initial interrogatories, the parties may, as reasonable, seek information outside the scope of Local Civil Rule 33.3(a).

    4.    Any motions to amend the pleadings or to join any additional parties shall be filed no later than June 5, 2020.

    5.    All fact discovery shall be completed no later than July 17, 2020.

    6.    The parties may stipulate to modify interim deadlines in this Scheduling Order, without seeking prior leave of Court.

7.      The parties shall submit a joint status letter to this Court's Chambers by March 13, 2020.

Dated: New York, New York
       January 16, 2020

                                        SO ORDERED

                                        _____
                                        DEBRA FREEMAN
                                        United States Magistrate Judge

Copies to:

All parties (via ECF)