UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA SIVA KUMARAN, and THE A STAR GROUP, INC. d/b/a TIMETRICS,

    Plaintiffs,

-against-

NORTHLAND ENERGY TRADING, LLC, HEDGE SOLUTIONS, INC., RICHARD M. LARKIN, DANIEL LOTHROP, and DOMENIC BRAMANTE,

    Defendants.

1:19-cv-08345-MKV-DCF

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2020

MARY KAY VYSKOCIL, United States District Judge:

The Parties have submitted Pre-Motion Letters in advance of Defendants' anticipated motion to dismiss Plaintiffs' First Amended Complaint (ECF #32, 33). Defendant requests a pre-motion conference to discuss the anticipated motion and to what extent the dispute may be limited. Plaintiffs oppose the request for a conference. The Parties also jointly propose a briefing schedule. Accordingly, it is hereby,

ORDERED that the Parties appear for a Pre-Motion Conference on March 26, 2020 at 11:30AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that briefing on Defendants' motion to dismiss is stayed pending the outcome of the Pre-Motion Conference. The Court will set a new schedule for briefing at the conference if necessary.

SO ORDERED

Dated: New York, New York
      March 6, 2020

_____
MARY KAY VYSKOCIL
United States District Judge