

**CORPORATE**



231 S. LaSalle St., Suite 1400
Chicago, IL  60604
312.800.7000
www.AdvantageFutures.com

# CLIENT ACCOUNT APPLICATION

Account Rep _____    Account # _____

## 1  Account Type
(check all that apply)    ☐ Futures Account    ☐ Futures and Options Account    Date of Application _____

## 2  Client Information

Client Name _____

E-mail Address _____    Alternate E-mail address _____

☐ Office ☐ Home, ☐ Cell                                            ☐ Office ☐ Home, ☐ Cell
Primary Phone #: _____    Secondary Phone # _____

Client Address _____    City _____    State/Province _____    Zip _____    Country _____

## 3  Financial Information

*Please provide the following financial information.* If Client has financial statements available, please provide such financial statements for the most recent two years (audited, if available) in lieu of providing the following financial information.

| Current Assets | | Liabilities | | Income | |
|---|---|---|---|---|---|
| Cash / Cash Equivalents | _____ | Accounts Payable | _____ | Annual Sales | _____ |
| Unencumbered Liquid Securities | _____ | Long Term Debt | _____ | Other Income (sources) | _____ |
| Accounts Receivable | _____ | Other | _____ | Net Income (after taxes) | _____ |
| Inventory | _____ | Total Liabilities | _____ | | |

NET WORTH (Current Assets less Liabilities) _____

Commercial Bank Reference - Bank Name _____    Name on Bank Account _____

Account Number _____    Contact Name _____    Contact Phone Number _____

Bank Address _____    City _____    State/Province _____    Zip _____    Country _____

Wire Instructions    ABA Routing # _____    Clearing Agent _____    Account Number _____

Additional Instructions.  Any changes to wire instructions must be provided to Advantage Futures LLC in writing.

## 4 Account Information

Type of Account  ☐ Corporate   ☐ Partnership   ☐ Limited Liability Company   ☐ Trust   ☐ Insurance Company
☐ Omnibus Client   ☐ Omnibus House   ☐ Commodity Pool   ☐ Mutual Fund   ☐ ERISA   ☐ Bank
☐ Other (please specify)_____

State of Organization  _____   Principal Business _____   Contact Name and Title _____

Taxpayer Identification # _____   Contact Telephone # _____   Contact Fax # _____   Contact E-Mail _____

Principal Business Address _____   City _____   State/Province _____   Zip _____   Country _____

Business Telephone # _____   Business Fax # _____   Business E-Mail Address _____

Advantage Futures LLC Account Designation (check one)

☐ Futures Speculative (specify contract markets)_____

☐ Futures Hedge (specify contract markets)_____

**The following must be completed only by Clients that maintain futures hedge accounts**
For reasons unrelated to the current financial condition of Advantage Futures LLC ("Advantage"), CFTC Rule 90.06(d) requires that Advantage provide Client with the opportunity to specify whether, in the unlikely event of Advantage's bankruptcy, Client prefers that the trustee in bankruptcy, automatically liquidate open commodity contracts held in Client's hedge account, or whether the trustee should request instructions from Client concerning Client's preferred disposition of open contracts by transfer or liquidation.

Accordingly, Client prefers that the bankruptcy trustee, check the appropriate blank. If neither alternative is checked, Client shall be deemed to have elected to have all positions liquidated.

☐ Liquidate all open commodity contracts without first seeking instructions from or on behalf of Client.

☐ Attempt to obtain instructions with respect to the disposition of all commodity contracts. The foregoing instruction may be changed at any time by written notice to Advantage.

   The foregoing instruction may be changed at any time by written notice to Advantage Futures LLC. (If neither alternative is checked, Client shall be deemed to have elected to have all positions liquidated.)

By checking the appropriate box below, Client hereby acknowledges and consents that all written confirmations of trades, statements of account and monthly statements (collectively "Account Statements") will be transmitted to Client by the electronic means selected below only (at the facsimile number or e-mail address listed in Items 4 or 5 above, as applicable). Advantage Futures LLC currently does not charge Clients an additional fee for facsimile or e-mail delivery of Account Statements, although Advantage Futures LLC reserves the right to do so in the future. Such Account Statements shall be transmitted to Client no later than the next business day after a transaction has been effected. In the event that there is a disruption in the ability of Advantage Futures LLC to transmit any Account Statements by the electronic means selected below, Advantage Futures LLC reserves the right to transmit such Account Statements by any means that it reasonably deems appropriate, including by mail. Client's consent will be deemed effective until further notice by Client. Client may revoke this consent at any time by written notice to Advantage Futures LLC.

Check all delivery methods that apply   ☐ E-mail   ☐ Fax (extra charge applicable)   ☐ Regular mail (extra charge applicable)

Send confirmations and statements to   Attention of_____

E-mail address (if different)_____   Fax number _____

Address (if different)_____

Futures Exchanges Utilized   ☐ CME Group   ☐ LIFFE   ☐ EUREX   ☐ ICE   ☐ ICE Clear U.S.
☐ Other_____

Client holds memberships on the following Commodities or Securities Exchanges_____

## 5  Authorized Individuals (if non-owner or non-employee, please complete and attach managed paperwork)

List all individuals authorized to trade for Account

| Name | Relationship | Telephone | E-mail |

| Name | Relationship | Telephone | E-mail |

| Name | Relationship | Telephone | E-mail |

Will a third-party advisor be given discretionary authority to trade the Account?   ☐ Yes   ☐ No

If yes, please complete the following information regarding the Trading Manager *(Managed Account Forms need to be completed)*

| Name | Phone Number |

| Address | City | State/Province | Zip | Country |

List any other futures accounts at Advantage controlled by the individuals listed above.

If none, check here ☐

List any other persons or entities having a financial interest of 10% or more in this Account or who have invested any money in this Account.

If none, check here ☐

List any other futures accounts at Advantage in which Client or its controlling persons or beneficial owners have a 10% or greater financial interest.

If none, check here ☐

## 6  Affiliations

Is Client registered with the Commodity Futures Trading Commission and/or a member of the National Futures Association?   ☐ Yes   ☐ No

If so registered, specify in what capacity_____

Is Client related to any person associated with or employed by Advantage Futures LLC?   ☐ Yes   ☐ No

If yes, describe briefly_____

Is Client affiliated with any brokerage firm, futures or securities exchange or regulatory agency?   ☐ Yes   ☐ No

If yes, describe briefly_____

Do you now, or have you ever had litigation, arbitration, disputed accounts, unpaid debit balances or unresolved matters with futures or securities brokers or brokerage firms?   ☐ Yes   ☐ No

If yes, describe briefly_____

Have you ever been subject to federal or state bankruptcy proceedings, receivership, or similar proceeding (Voluntary or Involuntary).   ☐ Yes   ☐ No

If yes, describe briefly_____

## 7  Investment Experience

Indicate your objectives in trading futures contracts.

Return Objective (select one)

☐ Current income

☐ Capital appreciation

☐ Current income and capital appreciation

Risk profile (select one)

☐ Conservative

☐ Moderate

☐ Aggressive/speculative

Previous experience in futures trading

☐ Yes    ☐ No    Number of years_____

Name(s) of brokerage house(s) used for any Futures or Securities Trading

1._____

2._____

3._____

Client fully understands that trading in physical commodities, futures contracts and options on futures contracts involves volatile markets that are subject to sharp price fluctuations which may result in the loss of Client's capital greater than the amount of margin contained in Client's account. Client also realizes that on certain trading days, trading may be halted to Client's financial disadvantage. Client is willing and financially able to assume these risks to which Client's capital will be exposed.

Client hereby authorizes Advantage Futures LLC at any time to make inquiries, including with Client's banks or any credit agency, for purposes of verifying information contained in this Client Application Form or otherwise supplied to Advantage Futures LLC. Further, Client understands that if Advantage Futures LLC discovers any adverse information that bears on Client's creditworthiness or questions the legality, soundness or ethics of Client's business dealings, Advantage Futures LLC may refuse to accept or continue to keep Client as a client.

## 8  Please Read and Sign Below

THE UNDERSIGNED CLIENT REPRESENTS AND WARRANTS TO ADVANTAGE FUTURES LLC THAT THE FOREGOING INFORMATION CONTAINED IN THIS CLIENT APPLICATION FORM AND ANY INFORMATION SEPARATELY PROVIDED HEREWITH IS TRUE AND CORRECT. CLIENT AGREES TO NOTIFY ADVANTAGE FUTURES LLC IN THE EVENT THAT THE INFORMATION CONTAINED IN THIS CLIENT APPLICATION FORM OR SEPARATELY PROVIDED HEREWITH CHANGES.

_____
Name of Client

_____
Signature                                                                                                                                    Date

_____
Name and Title                                                                                                                              Date