Trading application

From:   Rich Larkin (rich@hedgesolutions.com)

To:     astargroup@yahoo.com; samantha@timetricsrisk.com

Date:   Monday, October 3, 2016, 9:40 PM EDT

Hi Samantha:  Please see attached.  Please go to page 3 and fill out Section 5 for  me so I can get this moving along.  Also, let me know a good time to chat tomorrow.  It's going to be busy and you had mentioned availability on Wednesday so if that works better let's do it then.  I'm talking about times to go over the OBT data.  Regarding the NAM stuff, I'm available tomorrow evening and Wednesday evening.  Let me know what works on both topics above.

Thanks!

Rich


**Richard M. Larkin**

President

Hedge Solutions, Inc.


Office: 800-709-2949

Cell: 603-315-3908


rlarkin@hedgesolutions.com

www.hedgesolutions.com



IMPORTANT NOTICE:

The information provided in this email is general market commentary provided solely for educational and informational purposes.  The information was obtained from sources believed to be reliable, but we do not guarantee its accuracy.  No statement within the update should be construed as a recommendation, solicitation or offer to buy or sell any futures or options on futures or to otherwise provide investment advice.  Any use of the information provided in this update is at your own risk.

Yahoo Mail - Trading application https://mail.yahoo.com/d/search/keyword=Larkin&sortOrder=date_asc/...



CLIENT_APPLICATION_FORM_CORPORATE (2).pdf
181.3kB