```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   3/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA SIVA KUMARAN, and
THE A STAR GROUP, INC. *d/b/a*
TIMETRICS,

       Plaintiffs,

   -against-

NORTHLAND ENERGY TRADING, LLC, et al.,

       Defendants.

1:19-cv-8345-MKV-DCF

ORDER

MARY KAY VYSKOCIL, United States District Judge:

  In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

  It is hereby ORDERED that the pre-motion conference scheduled to take place on March 26, 2020 is adjourned to Thursday, May 14, 2020 at 10:00 AM and will be held by telephone. All parties are directed to call the Court's teleconference line at 888-278-0296 at the scheduled time. When prompted, enter Access Code 5195844. The Court will join once all of the parties are on the line.

  It is FURTHER ORDERED that the Court's ruling on Plaintiffs' motion to strike [ECF #40] is deferred until the May 14, 2020 conference.

**SO ORDERED.**

**Date: March 20, 2020**               _____
    New York, NY                **MARY KAY VYSKOCIL**
                       **United States District Judge**