UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Samantha Siva Kumaran, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Northland Energy Trading, LLC, et al., <br><br> Defendants. | 19 Civ. 8345 (MKV)(DCF) <br><br> **RULE 7.1 STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, defendant Hedge Solutions, Inc. ("Hedge), by and through undersigned counsel, hereby states that it has no parent corporation and no publicly traded corporation owns ten percent or more of its stock.

Dated:  New York, New York
          March 19, 2020

                              WESTERMAN BALL EDERER MILLER
                                ZUCKER & SHARFSTEIN, LLP

        By:    */s/ Ellen Tobin, Esq.*
                  Ellen Tobin, Esq.
                  1201 RXR Plaza
                  Uniondale, New York 11566
                  (516) 622-9200
                  etobin@westermanllp.com
                  *Attorneys for Defendants*