UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, et al

                  Plaintiffs,               Case No. 1:19-cv-08345-MKV-DCF

   -against-

                                              **STIPULATION TO EXTEND
                                              PRETRIAL DEADLINES**

NORTHLAND ENERGY TRADING, LLC,
et al,

                  Defendants.
-------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** by plaintiffs and counsel for defendants that:

    1.    The parties' deadlines set forth in the Scheduling Order dated January 16, 2020 [Dkt. No. 31] (the "Scheduling Order") are extended as follows:

        (a)    The deadline to serve initial document requests and interrogatories is extended from April 3, 2020 to June 3, 2020 or another date to be set by the Court at the conference scheduled for May 14, 2020;

        (b)    The deadline for any motions to amend the pleadings or join additional parties is extended from June 5, 2020 to August 5, 2020 or another date to be set by the Court at the conference scheduled for May 14, 2020; and

        (a)    The deadline to complete fact discovery is extended from July 17, 2020 to September 17, 2020 or another date to be set by the Court at the conference scheduled for May 14, 2020.

    2.    This stipulation is entered into in accordance with the Scheduling Order, which permits the parties to stipulate to modify interim deadlines in the Scheduling Order.

    3.    This Stipulation may be signed in counterparts and email signatures are valid and binding.

| | |
|---|---|
| Dated: New York, NY<br>April 1, 2020 | Dated: Uniondale, New York<br>April 1, 2020 |
| SAMANTHA SIVA KUMARAN | WESTERMAN BALL EDERER<br>MILLER ZUCKER & SHARFSTEIN, LLP |
| By: _____<br>Samantha Siva Kumaran<br>*Plaintiff pro se* | By: *Ellen Tobin*_____<br>Ellen Tobin<br>1201 RXR Plaza<br>Uniondale, New York 11556<br>(516) 622-9200<br>*Attorneys for Defendants* |

2179645

2