## RE: 4pm Thursday please confirm

Received: ↩ **Wednesday, June 3, 2020 12:46 PM**

From: **Ellen Tobin etobin@westermanllp.com**

To: **Samantha Kumaran samantha@timetricsrisk.com**

Hi Samantha,

Confirmed for 4pm tomorrow. I agree about working cooperatively and appreciate your emails. At this point there is no information my clients believe should be confidential or redacted. We can discuss the proposed order and the rest on the call tomorrow.

Ellen

**WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP**

Ellen Tobin, Esq.
Westerman Ball Ederer Miller Zucker & Sharfstein, LLP
1201 RXR Plaza, Uniondale, New York 11556
Tel.: 516-622-9200 Ext.: 343
Fax: 516-622-9212
E-mail: etobin@westermanllp.com
www.westermanllp.com

🌿 Please consider the environment before printing this email.

**COVID-19 NOTICE** – Westerman Ball Ederer Miller Zucker & Sharfstein, LLP continues to operate during this challenging time. Our people are working remotely and can be contacted by telephone and email. Where possible, please communicate with us by email, rather than postal service, as this will enable us to deal with your correspondence promptly. Best wishes and be well.

**CYBER FRAUD WARNING:** Before wiring any funds to our office or to a third party involved on the transaction, call the intended recipient or our office at a number you know is valid to confirm the instructions and amount – and be very wary of any request to change wire instructions you already received. Our firm is not responsible for third party fraud or electronic interceptions.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

**IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding tax-related penalties under federal, state or local tax law or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein