UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA SIVA KUMARAN, and
THE A STAR GROUP, INC. *d/b/a*
TIMETRICS,

                Plaintiffs,

       -against-

NORTHLAND ENERGY TRADING, LLC, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/18/2020__

1:19-cv-8345 (MKV-DCF)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On June 18, 2020, the Court held a pre-motion conference in this matter by telephone. For the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that Plaintiff The A Star Group, doing business as Timetrics, shall appear through counsel by July 18, 2020 or its claims will be dismissed. IT IS FURTHER ORDERED that, for the reasons stated on the record at the hearing, Plaintiffs' motion to strike [ECF #40] is DENIED.

      IT IS FURTHER ORDERED that Plaintiffs' motion for a protective order dated March 6, 2020 [ECF #36] is DENIED as moot. IT IS FURTHER ORDERED that Plaintiffs' motion for a protective order dated June 17, 2020 [ECF #54] is referred to Magistrate Judge Freeman. IT IS FURTHER ORDERED that Defendants shall file under seal their contemplated motion to dismiss the First Amended Complaint by July 9, 2020. Plaintiffs shall respond by September 7, 2020, and Defendants shall reply by September 28, 2020.

      IT IS FURTHER ORDERED that Plaintiffs' motion for a preliminary injunction dated June 17, 2020 is DENIED with respect to the request to "fil[e] all Pre-Trial Pleadings and Motions under seal . . . for thirty (30) days" [ECF #52 at 2]. IT IS FURTHER ORDERED that, with respect to all other request for preliminary injunctive relief, briefing on Plaintiffs' motion is

DEFERRED until after Magistrate Judge Freeman issues a decision on Plaintiffs' motion for a protective order dated June 17, 2020 [ECF #54].

**SO ORDERED.**

Date:  **June 18, 2020**
       **New York, NY**

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**