UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SAMANTHA SIVA KUMARAN and THE A STAR
GROUP, INC. d/b/a TIMETRICS,

                  Plaintiffs,

   -against-

NORTHLAND ENERGY TRADING, LLC,
HEDGE SOLUTIONS, INC. RICHARD M. LARKIN,
DANIEL LOTHROP, and DOMENIC BRAMANTE,

                  Defendants.
-------------------------------------------------------------------X

Case No.  1:19-cv-08345-MKV-DCF

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Michael Kwon, Esq. of Westerman Ball Ederer Miller

Zucker & Sharfstein, LLP, having offices at 1201 RXR Plaza, Uniondale, New York 11556,

hereby appears in the above-captioned action as counsel for Defendants, Northland Energy

Trading, LLC, Hedge Solutions, Inc., Richard M. Larkin, Daniel Lothrop and Domenic

Bramante and requests that copies of all papers be served upon the undersigned at the address

below.

Dated: Uniondale, New York
       June 24, 2020

                  WESTERMAN BALL EDERER MILLER
                  ZUCKER & SHARFSTEIN, LLP

                  By: _____*/s/ Michael Kwon*_____
                        Michael Kwon, Esq.
                        1201 RXR Plaza
                        Uniondale, New York 11566
                        (516) 622-9200
                        mkwon@westermanllp.com
                        *Attorneys for Defendants*

To:    Samantha Siva Kumaran
        119 West 72nd Street
        Suite 202
        New York, New York 10023
        (646) 221-4363
        samantha@timetricsrisk.com
        *Pro Se*