UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SAMANTHA SIVA KUMARAN and THE A STAR
GROUP, INC d/b/a TIMETRICS,

                Case No.  1:19-cv-08345-MKV-DCF

                Plaintiffs,

   -against-                            **NOTICE OF**
                                          **MOTION TO DISMISS**

NORTHLAND ENERGY TRADING, LLC,
HEDGE SOLUTIONS, INC., RICHARD M. LARKIN
DANIEL LOTHROP and DOMENIC BRAMANTE,

                Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the accompanying declaration of Ellen Tobin, Esq. dated July 9, 2020 and the exhibit thereto, and the accompanying Memorandum of Law and upon all pleadings and proceedings had herein, defendants Northland Energy Trading, LLC, Hedge Solutions, Inc., Richard M. Larkin, Daniel Lothrop and Domenic Bramante (collectively, "Defendants") will move this Court, before the Honorable Mary Kay Vyskocil, at the Courthouse located at 500 Pearl Street, New York, New York 10007, on September 29, 2020, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing plaintiffs' amended complaint in its entirety, with prejudice, and granting all other relief deemed just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated June 18, 2020, plaintiffs shall respond to this motion by September 7, 2020, and Defendants shall reply by September 28, 2020.

Dated: Uniondale, New York
       July 9, 2020

                                      WESTERMAN BALL EDERER MILLER
                                      ZUCKER & SHARFSTEIN, LLP

                           By:    */s/ Ellen Tobin, Esq.*
                                  Ellen Tobin, Esq.
                                  Michael Kwon, Esq.
                                  1201 RXR Plaza
                                  Uniondale, New York 11566
                                  (516) 622-9200
                                  *Attorneys for Defendants*

2170080

01958808