**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Samantha Siva Kumaran, The A Star Group, Inc. d/b/a/ Timetrics,

                *Plaintiffs*,

-*against*-

Northland Energy Trading, LLC, Hedge Solutions, Inc, Richard M. Larkin, Daniel Lothrop, and Domenic Bramante,

                *Defendants*.
-----------------------------------------------------------------X

Case No.: 1:19-cv-08345

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned case on behalf of Plaintiff The A Star Group, Inc. d/b/a/ Timetrics (the "**Plaintiff**") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

                LEVIN-EPSTEIN & ASSOCIATES, P.C.
                420 Lexington Avenue Suite 2525
                New York, New York 10017

Dated:  New York, New York
          July 17, 2020

                By:    /s/*Jason Mizrahi*
                        Jason Mizrahi, Esq.
                        420 Lexington Avenue Suite 2525
                        New York, NY 10017
                        Telephone: (212) 792-0048
                        Email: Jason@levinepstein.com