**WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP**

Ellen Tobin
Ext. 343
E-mail: etobin@westermanllp.com

September 17, 2020

**VIA ECF**

Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   *Samantha Siva Kumaran, et al. v. Northland Energy Trading, LLC, et al.*
              Case No. 19-cv-08345

Dear Judge Vyskocil:

      We represent defendants in the above-captioned case. Pursuant to the Court's Order dated June 18, 2020 [Dkt. No. 55], defendants filed their motion to dismiss on July 9, 2020, and plaintiffs filed their opposition papers on September 8, 2020. Defendants' reply papers are due on September 28, 2020, which is Yom Kippur. Accordingly, defendants respectfully request adjournment of the deadline to file the reply papers to September 29, 2020. Plaintiffs consent to this request.

      Defendants also request the Court's leave to file a reply brief that is more than ten pages. In opposition to defendants' motion to dismiss, plaintiffs filed three separate opposition briefs, totaling over 95 pages (not including tables of contents and authorities) [Dkt Nos. 73-75]. Defendants believe more than ten pages is needed to adequately respond to the lengthy discussions and numerous points raised in the opposition papers. That said, defendants will make every effort to be concise and do not intend to exceed twenty pages.

      Thank you for your time and attention to this matter.

                                                                         Respectfully submitted,

                                                                       *Ellen Tobin*

                                                                       Ellen Tobin

2267230