```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   SAMANTHA SIVA KUMARAN,
     THE A STAR GROUP, INC.,
 4        d/b/a Timetrics,

 5            Plaintiffs,        New York, N.Y.

 6        v.                     19 Civ. 8345 (MKV)

 7   NORTHLAND ENERGY TRADING, LLC,
     et al.,
 8
              Defendants.
 9
     ------------------------------x      Teleconference
10
                                    June 18, 2020
11                                  11:05 a.m.

12   Before:

13                      HON. MARY KAY VYSKOCIL,

14                           District Judge

15

16
                              APPEARANCES
17

18   SAMANTHA SIVA KUMARAN
          Pro Se Plaintiff
19

20   WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP
          Attorneys for Defendants
21   BY: ELLEN B. TOBIN

22

23

24

25
```

```
 1   need to close out the motion.
 2            MS. TOBIN:  Okay.  Understood.  Can I file my
 3   opposition -- I assume you want to move quickly.
 4            THE COURT:  Well, it doesn't seem --
 5            MS. TOBIN:  Ten days?
 6            THE COURT:  I'm sorry?
 7            MS. TOBIN:  I was going to say can we do two weeks?
 8   Or ten days or two weeks?
 9            THE COURT:  That's fine.  Two weeks is fine.
10            MS. TOBIN:  It's a lot -- it's just a lot.  That's
11   why.
12            THE COURT:  No, I understand.  Look, this was not
13   brought on -- it's a noticed motion.  So, I mean, I think under
14   the rules you are entitled to 21 days, aren't you?  Or --
15            (Indiscernible crosstalk)
16            THE COURT:  Okay.  Two weeks is fine.
17            MS. TOBIN:  I can do two weeks.  That's fine.
18            THE COURT:  Yes.
19         And, Ms. Kumaran, how long do you need to file
20   whatever reply you want to file?
21            MS. KUMARAN:  I think two weeks should be fine.
22            Just one quick clarification.  Will the response to
23   this preliminary injunction, for the same concerns raised
24   earlier, also be filed under seal for the same reasons we
25   discussed earlier allowing an opportunity?
```

```
 1              THE COURT:  And we still have our court reporter?
 2              THE COURT REPORTER:  Yes, Judge.
 3              THE COURT:  All right.  Thank you.  I'm sorry.  We are
 4   almost concluding.
 5              And the second part will say that I am deferring
 6   ruling on the remainder of your preliminary injunction
 7   motion -- I'm deferring briefing on it until there is a ruling
 8   on the protective order, at which point, then, the defendants
 9   will have two weeks to oppose your motion and you will have two
10   weeks to reply.
11              MS. KUMARAN:  That is correct, your Honor.  Thank you.
12   Thank you, your Honor.
13              THE COURT:  All right.
14              Ms. Tobin, is that acceptable to you?
15              MS. TOBIN:  Yes, your Honor.
16              THE COURT:  Okay.
17              Anything further from anybody?  Let me just look at my
18   notes and make sure I'm not --
19              MS. TOBIN:  I think we need -- we don't have a
20   scheduling order in place in terms of -- for discovery.
21              THE COURT:  Yes.  Well, I'm going to go back and look
22   at -- you do --
23              MS. KUMARAN:  We do have a scheduling order.
24              THE COURT:  You have an order that Magistrate
25   Judge Freeman entered, which I hadn't been aware that she
```