IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMANTHA SIVA KUMARAN<br>　　　　et al<br>　　　*Plaintiffs,*<br><br>-against-<br><br>NORTHLAND ENERGY TRADING, INC<br>　　　　et al<br>　　　*Defendants* | Case No:1:19:CV:08345-MKV-DCF<br><br><br>**NOTICE OF MOTION TO INTERVENE<br>FOR PRELIMINARY INJUNCTION** |

### *NOTICE OF MOTION TO INTERVENE NEFERTITI ASSET MANAGEMENT, LLC ("NAM") AND NEFERTITI STORM COMMODITIES STRATEGIC OPTIONS FUND, LP ("STORM") FOR PRELIMINARY INJUNCTION*

**PLEASE TAKE NOTICE THAT** that pursuant to Federal Rules of Civil Procedure ("FRCP") 24(a)(2) and 24(b)(1)(b) NEFETITI ASSET MANAGEMENT, LLC ("NAM") and NEFERTITI STORM COMMODITIES STRATEGIC OPTIONS FUND, LP ("STORM FUND") by and through the undersigned Counsel, will, upon filing of a motion and memorandum of law, respectfully seek leave from the Court to Intervene for the Preliminary Injunction filed against all Defendants on June 17, 2020 (*ECF*52).

　　　　　　　　　　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　　　//BMA//

　　　　　　　　　　　　　　　　　　　Brian August, Esq.
　　　　　　　　　　　　　　　　　　　AugustLawNYC
　　　　　　　　　　　　　　　　　　　100 Willoughby Street 9E
　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11201
　　　　　　　　　　　　　　　　　　　(917) 664-4465
　　　　　　　　　　　　　　　　　　　bmaugust61@gmail.com
　　　　　　　　　　　　　　　　　　　www.augustlawnyc.com
　　　　　　　　　　　　　　　　　　　*Attorney for NRCM*