

NFA ID: 0490817

# SAMANTHA SIVA KUMARAN

**NFA Member Approved**
NEFERTITI ASSET MANAGEMENT LLC

Affiliated with
**NEFERTITI ASSET MANAGEMENT LLC**
NFA Associate Member Approved

Associated Person Registered

Principal Approved

## Regulatory Actions ?

**0**
NFA Actions

**0**
CFTC Actions

**0**
Exchange Actions

**0** | NFA Arbitration Decisions ?

**0** | CFTC Reparations Cases ?

### History Details
Expand for history details.

| Date | Description |
| --- | --- |
| **NEFERTITI ASSET MANAGEMENT LLC** | |
| 09/22/2020 | NFA ASSOCIATE MEMBER APPROVED |
| 07/09/2020 | ASSOCIATED PERSON REGISTERED |
| 06/30/2020 | NFA ASSOCIATE MEMBER PENDING |
| 06/30/2020 | PRINCIPAL APPROVED |
| 06/30/2020 | ASSOCIATED PERSON PENDING |
| **NEFERTITI RISK CAPITAL MANAGEMENT LLC** | |
| 08/05/2020 | ASSOCIATED PERSON WITHDRAWN |
| 08/05/2020 | PRINCIPAL WITHDRAWN |
| 07/30/2020 | NFA ASSOCIATE MEMBER WITHDRAWN |
| 05/23/2017 | NFA ASSOCIATE MEMBER APPROVED |
| 04/07/2017 | ASSOCIATED PERSON REGISTERED |
| 04/07/2017 | PRINCIPAL APPROVED |
| 04/04/2017 | ASSOCIATED PERSON PENDING |
| 04/04/2017 | PRINCIPAL PENDING |
| 04/04/2017 | NFA ASSOCIATE MEMBER PENDING |

©2021 National Futures Association. All Rights Reserved. NFA and NATIONAL FUTURES ASSOCIATION are registered trademarks of National Futures Association.