UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA SIVA KUMARAN, and
THE A STAR GROUP, INC. *d/b/a*
TIMETRICS,

               Plaintiffs,

-against-

NORTHLAND ENERGY TRADING, LLC, et al.,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/26/2021
```

1:19-cv-8345 (MKV-DCF)

UNSEALING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    On June 18, 2020, the Court held a conference to address various issues in this matter, including Defendants' contemplated motion to dismiss.  *See* Minute Entry for Proceedings on June 18, 2020; Transcript of Proceedings on June 18, 2020 [ECF #106 ("Tr.")].  Based on Plaintiffs' representations at the conference that Defendants might reveal Plaintiffs' confidential business information, the Court granted Plaintiffs' request temporarily to seal the papers that Defendants filed in support of their motion to dismiss [ECF #55].  *See* Tr. at 20:11 – 25; *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 123 (2d Cir. 2006).  However, the Court must apply a strong presumption in favor of public access to judicial documents, and, based on the Court's thorough review, there is absolutely nothing in the documents in question that justifies sealing or redaction [ECF #63, 64, 65].  *See Lugosch*, 435 F.3d at 124–26.  Accordingly, the Clerk of Court is respectfully directed to unseal the documents at docket entries 63, 64, and 65.

**SO ORDERED.**

**Date:  February 26, 2021**
**New York, NY**

                                         */s/ Mary Kay Vyskocil*
                                         **MARY KAY VYSKOCIL**
                                         **United States District Judge**