**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, and
THE A STAR GROUP, INC. *d/b/a* TIMETRICS

                            Plaintiffs,
        -against-                                19 **CIVIL** 8345 (MKV-DCF)

                                                          **JUDGMENT**
NORTHLAND ENERGY TRADING, LLC, et al.,

                            Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 26, 2021, Defendants' motion to dismiss [ECF # 63] is  GRANTED. Accordingly, Plaintiffs' motion for a preliminary injunction [ECF #52] and all other  requests for relief [ECF #113, 120] are DENIED as moot, and this case is closed.

**Dated:**  New York, New York

        February 26, 2021

                                                                  **RUBY J. KRAJICK**
                                                                    **Clerk of Court**

                                                    **BY:** _____
                                                                     **Deputy Clerk**