IN THE UNITED STATES DISTRICT COURT
SOUTHTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMANTHA SIVA KUMARAN,<br>THE A STAR GROUP, INC .<br>    *Plaintiffs,*<br><br>  -against-<br><br>NORTHLAND ENERGY TRADING, LLC,<br>HEDGE SOLUTIONS, INC,<br>RICHARD LARKIN,<br>DANIEL LOTHROP,<br>DOMENIC BRAMANTE.<br>    *Defendants,* | Case No: 1:19-CV-08345–MKV-DCF<br><br>Judge: Hon Mary Kay Vyskocil<br>Magistrate Judge: Debra C. Freeman<br><br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

  **NOTICE IS HEREBY GIVEN** THAT PLAINTIFF KUMARAN *Pro-Se*, hereby Appeals to the United States Court of Appeals for the Second Circuit from the decision and order entered on February 26, 2021 granting Defendants' Motion To Dismiss the Amended Complaint and denying Plaintiffs' Motion for Preliminary Injunction as "moot" in its entirety. (the "February 26 Order").

  The Appeal is taken from each and every part of the February 26 Order and Opinion and the docket entered decision to "deny the Preliminary Injunction as moot." (ECF124) Plaintiff expressly appeals the ruling to deny even reviewing the Preliminary Injunction that was *fully and extensively* briefed (with motion, opposition and reply). (ECF52, ECF54, ECF 114, ECF121) The February 26 Order is also appealed in full as it is inconsistent with the Court's prior rulings that granted Protective Orders (ECF102, ECF85) on the same subject matter of trade secret terms and extensive briefing therein. This decision is also manifestly unjust. The Appeal is also taken for an abuse of discretion in not granting reasonable leave to amend the Complaint, which was explicitly requested in the opposition briefs.

            Respectfully submitted,

            //SSK//
            Samantha Siva Kumaran
            Individual Plaintiff (*Pro-Se*)
            119 West 72nd Street #204,
            New York, New York 10023
            samantha@timetricsrisk.com
March 27, 2021         212-431-5098