**Case 1:19-cv-08345-MKV-DCF Document 139-1 Filed 04/18/21 Page 1 of 1**

## Kumaran, et al. v. Northland Energy Trading LLC, et al. / cases

Received: **Monday, April 12, 2021 10:10 AM**

From: **Michael Kwon mkwon@westermanllp.com**

To: **Ellen Tobin etobin@westermanllp.com, Samantha Kumaran samantha@timetricsrisk.com**

CC: **Jeanne McEntyre jmcentyre@westermanllp.com**

---

Dear Ms. Kumaran:

Pursuant to SDNY Local Rule 7.2, attached please find copies of cited decisions in Defendants' opposition to plaintiff's motion for reconsideration, which are unpublished or reported exclusively on computerized databases.

**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

Ellen Tobin, Esq.

Westerman Ball Ederer Miller Zucker & Sharfstein, LLP

<u>1201 RXR Plaza, Uniondale, New York 11556</u>

Tel.: 516-622-9200 Ext.: 343

Fax: 516-622-9212

E-mail: <u>etobin@westermanllp.com</u>

<u>www.westermanllp.com</u>

🌱 Please consider the environment before printing this email.

---

CYBER FRAUD WARNING: Before wiring any funds to our office or to a third party involved in the transaction, call the intended recipient or our office at a number you know is valid to confirm the instructions and amount – and be very wary of any request to change wire instructions you already received. Our firm is not responsible for third party fraud or electronic interceptions.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding tax-related penalties under federal, state or local tax law or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein

---

| | | | |
|---|---|---|---|
| 📄 image001.jpg 10.08 KB | 📄 image002.png 1.28 KB | 📄 Andrews v Freemantlemedia NA Inc.pdf 325.31 KB | 📄 Booker v Griffin.pdf 232.58 KB | 📄 Colodney v Continuum Health Partners Inc.pdf 159.96 KB |
| 📄 Joseph v Gnutti Carlo SpA.pdf 212.91 KB | 📄 Medina v United States.pdf 146.96 KB | 📄 Koch v Pechota.pdf 169.50 KB | 📄 Medina v United States.pdf 146.96 KB | 📄 Next Communications Inc v Viber Media Inc.pdf 225.96 KB |
| 📄 Pirela v Miranda.pdf 146.45 KB | 📄 Related Companies LP v Ruthling.pdf 370.74 KB | 📄 Sullivan v New York City Department of Investigation.pdf 196.06 KB | 📄 US v Billini.pdf 170.47 KB | |