**VIA ECF**

Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2024
```

GRANTED. The conference is ADJOURNED to May 14, 2024 at 11:00 a.m.

Date: April 30, 2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Re: *Kumaran vs. Northland Energy Trading et al 1:19-Cv-08345* (MKV-DCF)

## CONSENT LETTER MOTION TO ADJOURN CONFERENCE

Dear Hon. Judge Vykocil,

Pursuant to Your Honor's Individual Rules of Practice 2.G, Plaintiffs (with consent of Defendant) write to this Court to respectfully adjourn or reschedule the conference now dated for May 9, 2024 due to a travel conflict on this day.[1] The parties have met and conferred on proposed alternatives and are in agreement on the following:

The parties respectfully request this conference be adjourned to be in-person on **May 14, 2024** (at 10am, 11am, 12pm or 1pm). Both Mr. Pierce and Ms. Kumaran will already be in the S.D.N.Y Courthouse that day since they have another Court conference in Courtroom 12C at 3pm with Judge Woods in case 20-CV-3668. Therefore, if your Honor was available on the same day, we would be able combine travel and scheduling logistics to be in Court on the same day. Defendants are also available on May 14, 2024.

In the alternative, the parties are proposing the date of May 23, 2024 if the conference is to be in-person. All parties can attend in person on that date.

Finally, if the Court would like to maintain the originally scheduled date of May 9, 2024, since there are some travel logistics, the parties respectfully propose in the alternative, that all parties attend telephonically on May 9, 2024 at 10am.[2]

We apologize for any inconvenience and respectfully request the conference be adjourned to **May 14, 2024** or to be modified to be held telephonically as above.

This is our first request for adjournment. This letter is filed timely. The dates being requested are with the consent of all parties. Only one letter will be filed on behalf of all parties.

Thank you.

---

[1] Originally this conference was scheduled for April 29, 2024 and all parties were able to attend. Recently, the Court rescheduled the conference for May 9, 2024 however Plaintiffs have a previously scheduled conflict on the revised date, and one party had already booked travel arrangements to be in Atlanta, GA for a National Conference.

[2] I also write to notify the Court that I am proud that I have been appointed onto the Leadership Counsel for the National Small Business Association. (Exhibit 1).Accordingly, I will be making frequent trips to the Washington DC and have several other travel commitments over the summer. Since Covid, I am also now a dual resident of both South Carolina.

Respectfully submitted,

Samantha S. Kumaran
/Samantha S. Kumaran
Individual Pro-Se Plaintiff
samantha@timetricsrisk.com
212-431-5098

FOR IMMEDIATE RELEASE

**Contact:** Samantha S. Kumaran
212-431-5098 (o) / 917-636-1364 (c)
media@timetricsrisk,com

**Local Business Owner Samantha Siva Kumaran Named to NSBA Leadership Council**

    **New York, New York**– Samantha Siva Kumaran, CEO of Timetrics Risk and CEO of Nefertiti Holding Corporation, New York, was recently named to the National Small Business Association (NSBA) Leadership Council. NSBA is the nation's oldest small-business advocacy organization, and operates on a staunchly nonpartisan basis. Ms. Kumaran is a recognized leader in the small-business community, joins the NSBA Leadership Council alongside other small-business advocates from across the country as they work to promote the interests of small business to policymakers in Washington, D.C.

"As a small-business owner, I see daily the importance of being involved and active when it comes to laws and regulation," stated Ms. Kumaran. "Joining NSBA's Leadership Council will enable me to take our collective small-business message to the people that need to hear it most: Congress."

    Ms. Kumaran has been a seasoned entrepreneur for 30 years in New York City. Her risk advisory and software company Timetrics has serviced Fortune 100 companies including Duke Energy, Niagara Mohawk Energy Marketing, Blue Rock Energy, Louis Dreyfus, Bristol Myers Squibb, Tyko International, Credit Suisse First Boston, Nomura Securities, Fuji Securities, Giro Credit and JP Morgan. In 2018, she was awarded a Top 10 as a Enterprise Risk Management service company by CIO.

    For several years she developed an independent record company called Genie Entertainment, which also garnered Top 30 airplay in smooth jazz, and distribution through major label deals with Warner Electric Atlantic, including negotiating individual deals in many countries, including South Korea, Japan and Europe. Her albums have been recorded with grammy winning artists and producers including David Benoit and Richard Elliot.

    Ms. Kumaran has earned a first class honors Masters and Bachelors in Applied Math and Theoretical Physics, summa cum laude from Trinity College, University of Cambridge, UK. She has provided extensive risk advisory and developed successful energy and financial risk mitigation strategies to corporations and governments with annual revenues exceeding $2BN and provided advisory on complex derivative and structured assets in today's highly volatile and expanding deregulated markets. Most recently in 2016 she formed Nefertiti Funds – a group of companies focused on capital appreciation and returns on investment, using derivatives and forecasting algorithms. She maintains a keen eye on regulatory and compliance issues and the access to markets for small businesses.

    She is passionate about policy and public advocacy and has been a keynote speaker on issues surrounding changing East-West relations, and the role of risk management in Governments and infrastructure. As a minority woman business owner, she works with a small team of analysts. In her spare-time she maintains an avid interest in independent film advancing global unity and spiritual awareness.

Ms. Kumaran joined the NSBA Leadership Council as part of her efforts to tackle the many critical issues facing small business, including tax reform, regulatory restraint, health care costs and how access to capital will impact small business. The NSBA Leadership Council is focused on providing valuable networking between small-business advocates from across the country while ensuring small business a seat at the table as Congress and regulators take up key small-business proposals.

"I am proud to have Ms. Kumaran as part of our Leadership Council," stated NSBA President and CEO Todd McCracken. "She came to us highly recommended and I look forward our coordinated efforts for years to come."

Please click here to learn more about www.timeticsrisk.com and www.nefertitifunds.com

For more on the NSBA Leadership Council, please visit www.nsba.biz

###