UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SAMANTHA SIVA KUMARAN, and
THE A STAR GROUP, INC. d/b/a
TIMETRICS,

                    Plaintiffs,

         -against-

NORTHLAND ENERGY TRADING, LLC, et
al.,

                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2024

1:19-cv-8345 (MKV-DCF)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The conference that was scheduled to take place on May 14, 2024 is ADJOURNED *sine die*. Magistrate Judge Lehrburger will assume responsibility for the pretrial management of this case.

**SO ORDERED.**

Date: May 10, 2024
      New York, NY

MARY KAY VYSKOCIL
United States District Judge