```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, ET AL.,           :
                                         :         19-CV-8345 (MKV) (RWL)
                         Plaintiffs,     :
                                         :
         - against -                     :         ORDER
                                         :
                                         :
NORTHLAND ENERGY TRADING, LLC,           :
ET AL.,                                  :
                                         :
                         Defendants.     :
                                         :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/23/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the case management conference held via Teams on May 23, 2024:

1. Plaintiff Kumaran will serve her Rule 11 notice on Defendants by June 7, 2024.

2. By June 28, 2024, Defendants shall file a letter informing the Court how they have chosen to respond to the Rule 11 notice.

3. To the extent Plaintiff intends to file a motion to dismiss the counterclaims and/or pursue Rule 11 sanctions, the parties shall meet and confer and, by July 14, 2024, propose a briefing schedule to the Court.

4. The Court is separately entering an order with the overall case schedule proposed by the parties and discussed at the conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 23, 2024
       New York, New York

Copies transmitted this date to all counsel of record.