UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, ET AL.,

                      Plaintiffs,

     - against -

NORTHLAND ENERGY TRADING, LLC,
ET AL.,

                     Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2024

19-CV-8345 (MKV) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order addresses Plaintiff Kumaran's July 3, 2024 letter at Dkt. 185 and Defendants' response at Dkt. 186:

      1.    Ms. Kumaran requests a pre-motion conference to address the volume of document review and production. The request is denied without prejudice as premature. The parties must first meet and confer to determine if there is an issue on which they cannot agree and need to bring to the Court's attention.

      2.    Ms. Kumaran requests a pre-motion conference to address a partial motion for summary judgment. The request is denied without prejudice as premature. The parties are only at the early stages of discovery and are still engaging in motion practice with respect to pleadings.

      3.    While Ms. Kumaran's letter alludes to other potential issues, she does not identify any other issue to be resolved at this time.

1

4.      In the event Ms. Kumaran intends to proceed with filing a motion to dismiss the counterclaims and/or pursue Rule 11 sanctions, the Court awaits the parties' proposed briefing schedule to be submitted on July 14, 2024, as per the Court's order at Dkt. 182.

The Clerk of Court is directed to terminate the letter motion at Dkt. 185.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 9, 2024
       New York, New York

Copies transmitted this date to all counsel of record.