```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, ET AL.,

                Plaintiffs,

    - against -

NORTHLAND ENERGY TRADING, LLC,
ET AL.,

                Defendants.
-------------------------------------------------------------X

19-CV-8345 (MKV) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Pursuant to the parties' joint request for modification of certain dates in the currently operative scheduling order, (1) the deadline for amending pleadings is extended to 30 days after the Court rules on the pending dispositive motions (motion to strike, motion to reinstate AIP claim, and motion to dismiss counterclaims); and (2) the deadline for completing fact discovery is extended to March 31, 2025.

    The Clerk of Court is directed to terminate the letter motion at Dkt. 197.

               SO ORDERED.

               _____
               ROBERT W. LEHRBURGER
               UNITED STATES MAGISTRATE JUDGE

Dated: September 30, 2024
       New York, New York

Copies transmitted this date to all counsel of record.