```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, ET AL.,           :
                                          :       19-CV-8345 (MKV) (RWL)
                        Plaintiffs,       :
                                          :
        - against -                       :
                                          :             ORDER
                                          :
NORTHLAND ENERGY TRADING, LLC,            :
ET AL.,                                   :
                                          :
                        Defendants.       :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held via Teams on January 14, 2025:

1. The Court admonished Defendants for their boilerplate objections to discovery responses. Plaintiffs' request that all of Defendants' objections to discovery responses be deemed waived is DENIED. Plaintiffs' request for sanctions is DENIED but without prejudice to a later application based on the further course of discovery.

2. The parties shall continue to meet and confer in good faith to narrow any disagreements about scope of discovery, search terms, and responses to Plaintiffs' document requests, interrogatories, and requests to admit.

3. By February 4, 2025, the parties shall file a joint status report of no more than three pages.

4. If Plaintiffs file a motion to dismiss with respect to counterclaims, they must do so by February 11, 2025. Opposition shall be filed by March 13, 2025. Any reply shall be filed by March 27, 2025.

1

5. The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 208.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 14, 2025
    New York, New York

Copies transmitted this date to all counsel of record.