```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMANTHA SIVA KUMARAN, ET AL.,        :
                                      :        19-CV-8345 (MKV) (RWL)
                  Plaintiffs,         :
                                      :
      - against -                     :
                                      :              ORDER
                                      :
NORTHLAND ENERGY TRADING, LLC,        :
ET AL.,                               :
                                      :
                  Defendants.         :
                                      :
-----------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed the parties' February 4, 2025, joint status report at Dkt. 220. The report is not encouraging. Accordingly, the Court will impose the following deadlines:

1. By **February 13, 2025**, Plaintiffs shall respond to Defendants' January 13, 2025, discovery deficiency letter.

2. By **February 13, 2025**, Defendants shall serve their amended discovery responses consistent with the Court's directives, including that boilerplate objections are not acceptable and that Defendants must identify (i) what documents are being produced notwithstanding any objection asserted, and (ii) what documents are being withheld on the basis of any objection asserted.

3. Plaintiffs are not required to compose separate deficiency letters for each category of documents. If Defendants do not intend to comply with the categories as

1

previously described, then they must adhere to directive number 2 above for the respective category.

4. By **February 13, 2025**, Defendants shall propose search terms for any categories for which they have not yet proposed search terms. By **February 20, 2025**, Plaintiffs shall respond to the full set of proposed search terms for all categories (including those for which Defendants have already proposed terms). By **February 26, 2025**, the parties shall meet and confer to discuss any disagreements. By **March 5, 2025**, the parties shall file a joint letter of no more than 3 pages identifying any remaining disagreements with respect to search terms.

5. As a stay has not been granted pending A-Star counsel's motion to withdraw, the parties must proceed with the litigation with appropriate diligence.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 6, 2025
        New York, New York

Copies transmitted this date to all counsel of record.