```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, ET AL.,

                Plaintiffs,

   - against -

NORTHLAND ENERGY TRADING, LLC, ET AL.,

                Defendants.
-------------------------------------------------------------X

19-CV-8345 (MKV) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    A hearing on the motion of Aaron Pierce to withdraw as counsel will be held via Microsoft Teams on March 6, 2025, at 10:30 a.m. Counsel for Defendants need appear only if Defendants oppose the motion. The Court will be able to virtually meet with Ms. Kumaran and Mr. Pierce in camera should the need arise.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: February 28, 2025
       New York, New York

Copies transmitted this date to all counsel of record.