```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, ET AL.,               :
                                             :        19-CV-8345 (MKV) (RWL)
                        Plaintiffs,          :
                                             :
        - against -                          :
                                             :              ORDER
                                             :
NORTHLAND ENERGY TRADING, LLC,               :
ET AL.,                                      :
                                             :
                        Defendants.          :
                                             :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the hearing on the motion of Aaron Pierce and his firm, Perce & Kwok LLP, (collectively, the "Firm") to withdraw as counsel for Plaintiff The A-Star Group (d/b/a Timetrics) ("Timetrics"), and for the reasons stated on the record thereat:

1. The Firms' motion to withdraw is GRANTED to the extent that the Firm has demonstrated satisfactory reasons for withdrawal and is hereby granted permission to withdraw. The Court denies without prejudice the Firm's request for a charging lien as Timetrics and/or co-Plaintiff Kumaran has filed a fee dispute claim against the Firm.

2. The case as to Timetrics is stayed for 30-days until April 18, 2025, to provide the opportunity for Timetrics to retain new counsel. The briefing schedule for the motion to dismiss filed by Plaintiff Kumaran individually will proceed as scheduled.

3. Plaintiffs are reminded that as a corporate entity, Timetrics can only proceed through legal representation by counsel. If new counsel for Timetrics fails to appear by

1

April 18, 2025, Timetrics will be deemed in default, which may result in default judgment against Timetrics with respect to both its claims and counterclaims.

4. Regardless of the extent to which Ms. Kumaran individually and attorneys for Timetrics may collaborate on legal filings, any new counsel for Timetrics must conduct the requisite due diligence and legal work on behalf of Timetrics to meet the attorney's ethical obligations and their obligations under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 213 and 216, and to terminate Aaron Pierce and Pierce & Kwok, LLP as counsel of record.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 19, 2025
       New York, New York

Copies transmitted this date to all counsel of record.