**VIA ECF**

Honorable District Judge Vyskocil
United States District Court
Southern District of New York
40 Foley Square, Court Room 18C
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2025
```

Re: *Kumaran vs. Northland Energy Trading et al  1:19-Cv-08345* (MKV-DCF)

## CONSENT LETTER RE: OBJECTIONS SCHEDULING

Dear Hon. Judge Vyskocil,

    Plaintiff has met and conferred with Defendants regarding the schedule for objections briefing to the recent Report and Recommendations dated July 9, 2025. (Dkt. 269) Since both parties have various pre-booked travel, hearings, and summer school schedules, the parties have agreed upon the following briefing schedule. We thus respectfully request the Court order the agreed upon schedule.

| | |
|---|---|
| Objections - | August 11, 2025 |
| Opposition - | September 15, 2025 |
| Replies - | October 6, 2025 |

    The Court may also respectfully note I am scheduled to be in Boise, Idaho for the JPML hearing on July 31, 2025 regarding the case in ADMIS/Vision at the end of July. This leaves me out of town for the end of the month. Since these Nefertiti matters are also involve issues now before this Court, good cause is related to those hearings being able to conclude.

The parties have agreed and are in consent to the above scheduling.

Respectfully submitted,

/Samantha Siva Kumaran
Samantha Siva Kumaran
samantha@timetricsrisk.com
212-431-5098


    **GRANTED.**

    **The Clerk of Court is respectfully requested to close the motions at ECF No. 270 and 271.**

    **SO ORDERED.**

Date: 7/16/2025
New York, New York

Mary Kay Vyskocil
United States District Judge