```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, ET AL.,              :
                                            :   19-CV-8345 (MKV) (RWL)
                    Plaintiffs,             :
                                            :
        - against -                         :
                                            :       ORDER
                                            :
NORTHLAND ENERGY TRADING, LLC,              :
ET AL.,                                     :
                                            :
                    Defendants.             :
                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By letter motion dated September 15, 2025 at Dkt. 282, Plaintiff Kumaran requests that the Court seal and strike the declaration of Michael Kwon filed in opposition to Kumaran's objections to the Court's Report and Recommendation at Dkt. 269 (the "R&R") recommending denial of Kumaran's motion to dismiss Defendant Larkin's counterclaims. Kumaran requests sanctions for filing information that she claims is confidential, irrelevant to the objections to the R&R, and meant only to harass. She also asks that the Court ignore the information in ruling on the objections.

The extent to which the challenged material will or will not be considered by the Court and/or stricken in connection with Kumaran's objections to the R&R will be determined by Judge Vyskocil in ruling on the objections.

As for Kumaran's sealing request, Defendants note that all of the information Kumaran claims is private and gratuitous is public information located by Defendants' investigative consultant from public sources. (Dkt. 283 at 2.) Defendants have, however,

1

already taken measures to redact the names of Kumaran's children (*see* Dkt. 281) and are amenable to redacting the names of Kumaran's parents, street addresses, and vehicle identification number (*Id.* at 1-2), all of which are irrelevant to Kumaran's motion to dismiss Larkin's counterclaims and Kumaran's objections to the R&R. Accordingly, Kumaran's motion to seal is granted in part as follows:

1. Plaintiff shall refile his declaration with a redacted version of Exhibit 1 that redacts the names of Kumaran's children, the names of Kumaran's parents, their street addresses, and vehicle identification number.

2. Kumaran's motion to seal and for sanctions in connection with her sealing request is otherwise denied.

The Clerk of Court is respectfully directed to seal the declarations filed at Dkts. 278 and 281.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 18, 2025
       New York, New York

Copies transmitted this date to all counsel of record.