UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, ET AL.,     :

          :     19-CV-8345 (MKV) (RWL)

        Plaintiffs,     :

          :

     - against -     :

          :     **ORDER**

          :

NORTHLAND ENERGY TRADING, LLC,     :
ET AL.,     :

          :

        Defendants.     :

          :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court grants Plaintiff's request at Dkt. 312 for full briefing on Mr. Burge's motion to withdraw. Accordingly, by **October 29, 2025**, Mr. Burge shall file a letter indicating whether he wishes to rely on his letter motion (Dkt. 301) and follow-up declaration (Dkt. 308) as his moving papers. If the answer is affirmative, then any opposition shall be filed by **November 10, 2025**, and any reply shall be filed by **November 19, 2025**. If Mr. Burge does not wish to rely on his already-filed papers as his motion papers, then he shall file his motion to withdraw by **November 10, 2025**. In that event, any opposition to the motion to withdraw shall be filed within **21 days** thereafter; and any reply shall be filed within **10 days** after the opposition.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 23, 2025
     New York, New York

1

Copies transmitted this date to all counsel of record.