```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, ET AL.,               :
                                             :   19-CV-8345 (MKV) (RWL)
                        Plaintiffs,          :
                                             :
         - against -                         :
                                             :           ORDER
                                             :
NORTHLAND ENERGY TRADING, LLC,               :
ET AL.,                                      :
                                             :
                        Defendants.          :
                                             :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of the parties' correspondence concerning search terms (*See* Dkts. 315 and 317). It appears to the Court that the parties can narrow many of the issues they have with each other's search terms if they meet and confer in good faith. For instance, Ms. Kumaran's chart at Dkt. 317-2 identifies various search terms that she believes are not useful and proposes others in their place. Several or more of those appear reasonable (e.g., "ADMIS" and "Current_View" to name just two). As another example, Ms. Kumaran proposes certain alternative time frames, but it is not clear whether Defendants object. Accordingly, the parties shall meet and confer to narrow their disagreements about search terms as much as possible and by November 10, 2025, file a joint letter of no more than six pages specifying the remaining items of disagreement, if any.

Further, discovery on the Larkin counterclaims is not stayed for any party pending filing of Ms. Kumaran's objections to the report and recommendation concerning her motion to dismiss or for any other reason.

1

2

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 27, 2025
        New York, New York

Copies transmitted this date to all counsel of record.