**FishmanHaygood**

Fishman Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
fishmanhaygood.com

Jason W. Burge
(504) 586-5241 Direct
jburge@fishmanhaygood.com

October 27, 2025

**VIA ECF**
Honorable Robert W. Lehrburger
Daniel Patrick Monyihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *Kumaran v. Northland Energy Trading LLC*, No. 19-cv-08345

    I represent the Plaintiff, The A Star Group, d/b/a Timetrics, in the above-captioned matter.

    On October 10, 2025, I filed a pre-motion letter seeking leave to file a Motion to Withdraw as Counsel for Timetrics pursuant to Rule 1.4(b) of this Court's Local Rules, and attached a Declaration pursuant to that rule. *See* Docs. 301 & 301.1. On October 20, 2025, at the Court's request, I filed an Amended Declaration under seal in support of my motion to withdraw as counsel for Timetrics. *See* Doc. 308. That Amended Declaration incorporated the declaration of my ethics expert, Trisha M. Rich. *See* Doc. 308-1.

    By order of October 23, 2025, the Court asked me to indicate whether I intended to rely on my already-filed papers as my moving papers. By this letter, I confirm that I seek to withdraw on the basis of my already-filed papers—my letter motion, my initial declaration, my amended declaration, and the incorporated declaration of my ethics expert. (*R. Docs.* 301, 301-1, 308, and 308-1).

                                      Respectfully submitted,

                                      */s/ Jason W. Burge*
                                      Jason W. Burge