UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, ET AL.,                    :
                                                  :        19-CV-8345 (MKV) (RWL)
                        Plaintiffs,               :
                                                  :
        - against -                               :
                                                  :        **ORDER**
                                                  :
NORTHLAND ENERGY TRADING, LLC,                    :
ET AL.,                                           :
                                                  :
                        Defendants.               :
                                                  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        The Court is in receipt of Fishman Haygood's letter of December 17, 2025 (Dkt.

353).  Counsel is correct that the response time to Ms. Kumaran's December 12, 2025

letter was today December 17, 2025, and that the Court issued its order at Dkt. 352 mid-

afternoon before receiving Fishman Haygood's letter.  The Court's calendaring was an

oversight.  The Court has given due consideration to Fishman Haygood's letter.  The

Court understands that the firm incurs a cost in maintaining the Lexbe database, but the

Court reaffirms its order in that regard to minimize prejudice to Plaintiffs.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: December 17, 2025
        New York, New York

Copies transmitted this date to all counsel of record.

1