FishmanHaygood

Fishman Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
fishmanhaygood.com

Jason W. Burge
(504) 586-5241 Direct
jburge@fishmanhaygood.com

January 15, 2026

**VIA ECF**

Honorable Robert W. Lehrburger
Daniel Patrick Monyihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Kumaran v. Northland Energy Trading LLC*, No. 19-cv-08345

Dear Judge Lehrburger,

I represent Plaintiff The A Star Group, d/b/a Timetrics ("Timetrics"). Pursuant to Your Honor's individual rules, I submit this letter motion to seal the attached email from Samantha Kumaran. Today, I filed a letter motion to stay this proceeding until the earlier of: (a) appearance of new counsel on behalf of A Star, or (b) resolution of the outstanding Motion to Reconsider and Objections to the Court's ruling on Counsel's Motion to Withdraw as Counsel for The A Star Group, d/b/a Timetrics ("A Star"). *See* R. Doc. 357.

Ms. Kumaran indicated by email that she opposes the requested stay and asked that I submit to the Court a copy of her email to that effect under seal. Accordingly, I respectfully request that the attached email, relating to my motion to stay, be maintained under seal.

Respectfully submitted,

*/s/ Jason W. Burge*
Jason W. Burge

Granted.

SO ORDERED:

1/22/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

#4097138v1<ACTIVE> - Letter Motion to Seal email