UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, ET AL.,      :
        :      19-CV-8345 (MKV) (RWL)
      Plaintiffs,      :
        :
      - against -      :
        :      **ORDER**
        :
NORTHLAND ENERGY TRADING, LLC,      :
ET AL.,      :
        :
      Defendants.      :
        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held via Microsoft Teams on June 4, 2026:

1.      Plaintiff A Star's motion to stay at Dkt. 403 is DENIED.

2.      By **June 18, 2026**, the parties shall file their proposed schedule(s) for completion of fact discovery.  The Court will then issue a scheduling order.

3.      By **June 18, 2026**, the parties shall file  their further revised proposed ESI protocol(s); as the parties have not been able to come to agreement after attempts to meet and confer and any further attempt to meet and confer will not be productive, the Court will select the protocol that it deems most reasonable, so long as it is compliant with the law.

4.      Plaintiffs' letter motion for sanctions at Dkt. 410 is DENIED WITHOUT PREJUDICE to making such motion at the conclusion of discovery (if warranted).

5.      Plaintiffs' letter motion at Dkt. 404, joined at Dkt. 405, for reconsideration of the Court's order at Dkt. 397 and appointment of a special master paid for entirely by Defendants are DENIED.  The request for an award of costs is DENIED WITHOUT

PREJUDICE to seeking costs in connection with a post-discovery sanctions motion (if warranted).

6.      The Court's order at Dkt. 399 was not intended to and does not encompass subpoenas directed to Plaintiffs' former interns.  To the extent that Plaintiffs object to subpoenas to Plaintiffs' former interns, Plaintiffs shall file a letter motion to quash by **June 11, 2026**.  Until the objection is resolved, Defendants shall refrain from serving the subpoenas, or, if the subpoenas already have been served, shall promptly notify the subpoenaed parties that they should not respond to or produce anything in response to the subpoenas unless and until the Court resolves the issue.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 403, 404, 409, 410, 411, 412

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 4, 2026
       New York, New York

Copies transmitted this date to all parties of record.

2