UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SAMANTHA SIVA KUMARAN, ET AL.,  :

                              Plaintiffs,  :

         - against -  :

NORTHLAND ENERGY TRADING, LLC,  :
ET AL.,

                          Defendants.  :

-------------------------------------------------------------X

19-CV-8345 (MKV) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiffs have moved to quash three subpoenas served by Defendants on former Timetrics interns.  (Dkt. 425.)  Defendants oppose, pointing to relevant information the interns may have.  (Dkt. 428.)  Defendants also argue that they should be permitted to serve the subpoenas now, because Plaintiffs have yet to produce any documents.  But as has been acknowledged previously, the case, following remand from the Second Circuit, is effectively in an early stage of discovery for which neither party has yet produced electronically stored information.   The Court deems it premature to seek discovery from the non-party interns until a determination can be made based on discovery from Plaintiffs to what extent the interns are likely to have discoverable material.  Accordingly, the motion to quash is granted but without prejudice to Defendants requesting leave to file subpoenas on the former interns after substantial completion of Plaintiffs' document production.

1

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 425.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 22, 2026
    New York, New York

Copies transmitted this date to all parties of record.

2