UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA SIVA KUMARAN and THE A STAR GROUP, INC. d/b/a TIMETRICS,

Plaintiffs,

- against -

NORTHLAND ENERGY TRADING, LLC, HEDGE SOLUTIONS, INC., RICHARD M. LARKIN, DANIEL LOTHROP, and DOMENIC BRAMANTE,

Defendants.

19-CV-8345 (MKV) (RWL)

**ORDER ON SEARCH TERMS**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Having solicited and received the parties' final proposed search terms for both their own documents and the documents of the opposing party (*see* Dkts. 444, 445), and based on all prior proceedings and the parties' inability to agree upon terms, the Court orders as follows.

**Search Terms For Defendants' Documents**

Defendants shall use the search terms and time frames proposed by Plaintiffs at Dkt. 445-3, subject to the following modifications:

1. Add "A-Star" as a variant.

2. The following terms are overly generic and likely to be overly inclusive. Defendants shall use these terms paired with another term(s) by "and"; or, alternatively, use them as is but confine them to a shorter reasonable period of time. Defendants must inform Plaintiffs in writing of any such modifications and the supporting reasons.

    a. "Confidential!"

b. “Disclos!” or “Non-disclos!” or “Protect!” or “Redact!”

c. “License!”

d. “Risk management” or “risk!”

e. “Settle!”

f. “Delet!”

g. “Preserv! Or “Archiv!” Or “Retain!”

h. “Software”

i. “Replic!”

j. “work product!”

k. “royalties”

l. “Discrepanc*” or “verif*”

m. “accept*”

n. “deficit”

3. In addition to the foregoing, Defendants shall include the search terms proposed by them (i.e., Defendants) for Larkin’s Counterclaim at Dkt. 444-1 at 5-6.

4. If any search term(s) results in a number or type of hits that are unduly overinclusive or burdensome, Defendants shall promptly raise the issue with Plaintiffs and propose a reasonable modification.

**Search Terms For Plaintiffs’ Documents**

1. Plaintiffs shall use the search terms and time frames proposed by Defendants at Dkt. 444-3, including those for Larkin’s counterclaims.

2. If any search term(s) results in a number or type of hits that are unduly overinclusive or burdensome, Plaintiffs shall promptly raise the issue with Defendants and propose a reasonable modification.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 17, 2026
New York, New York