# *LESLIE SCHWAEBE AKINS, A LAW CORPORATION*

ATTORNEYS AT LAW

7157 Argonauta Way
Carlsbad, California 92009
Telephone 760-931-2920
Facsimile 760-603-0547

Leslie Schwaebe Akins
*lsa@stockmarketlaw.com*

Denied as moot. See Dkt. 490.

SO ORDERED:

9/10/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

September 8, 2026

Via ECF
Honorable Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
40 Foley Square, Court Room 18C
New York, NY 10007

***Re: Kumaran et al vs. Northland Energy Trading et al 1:19-Cv-08345***

**REQUEST FOR LETTER OF COMPLIANCE**

Dear Honorable Magistrate Judge Lehrburger,

I represent The A Star Group, Inc. ("A Star") in this action. I write to inform the court of Defendants' ongoing failure to turn over the hearing transcript from our last hearing of Thursday August 27, 2026. Defendant's failure to timely acquire and turnover said transcript to the Plaintiffs has now resulted in two weeks of delay and is prejudicing A Star's ability to comply with the Court's orders. Plaintiffs requested and paid for the earlier Monday August 24, 2026 transcript with a 24 hour delivery. It was my understanding that Defendants would request and pay for the August 27, 2026 transcript with the same delivery parameter.

A Star also asserts that any delays on its part in complying with Order-485 are being caused primarily by Defendants and are unnecessary delays given the Court's directions and deadlines. Therefore, A Star respectfully requests an Order of Compliance directed at Defendants and remediation to Plaintiffs for the delays that Defendants have caused.

Respectfully submitted,

Leslie Schwaebe Akins, Esq.
Leslie Schwaebe Akins, L.C.
Attorneys for The A Star Group, Inc
760-931-2920
Lsa@stockmarletlaw.com